1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Day, | 07-04335 PJH |
| Plaintiff(s), | **NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |
| v. | |
| County of Contra Costa, | |
| Defendant(s). | |

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order.  Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter.  Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)).  (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

United States District Court
Northern District of California

1   450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment

2   to an e-mail directed to adr@cand.uscourts.gov.

3

4       It is the responsibility of counsel to schedule an ADR Phone Conference, if

5   required, to occur before the Case Management Conference.

6

7

8   Dated: November 14, 2007

9                                           RICHARD W. WIEKING
                                            Clerk
10                                          by:    Timothy J. Smagacz

11                                          *Timothy Smagacz*

12                                          _____
                                            ADR Administrative Assistant
13                                          415-522-4205
                                            Tim_Smagacz@cand.uscourts.gov

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

**PROOF OF SERVICE**

Case Name:        Day v. County of Contra Costa

Case Number:      07-04335 PJH

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.  I am over the age of eighteen (18) years and not a party to the action. My business address is:

>       ADR Program
>       United States District Court
>       Norther District of California
>       450 Golden Gate Avenue Floor 16
>       San Francisco, CA 94102

On November 14, 2007, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

>       Andrew Charles Schwartz
>       Casper Meadows Schwartz & Cook
>       2121 North California Boulevard
>       Suite 1020
>       California Plaza
>       Walnut Creek, CA 94596
>       schwartz@cmslaw.com

>       Larry Edward Cook
>       Casper Meadows, Schwartz & Cook
>       California Plaza
>       2121 North California Boulevard
>       Suite 1020
>       Walnut Creek, CA 94596
>       cook@cmslaw.com

>       James V. Fitzgerald III
>       McNamara Dodge Ney Beatty Slattery Pfalzer Borges & Brothers
>       1211 Newell Avenue
>       Post Office Box 5288
>       Walnut Creek, CA 94596

james.fitzgerald@mcnamaralaw.com

[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:

[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on November 14, 2007 in San Francisco, California.

RICHARD W. WIEKING
Clerk
by:     Timothy J. Smagacz

ADR Administrative Assistant
415-522-4205
Tim_Smagacz@cand.uscourts.gov