UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SHAWN DAY, individually and as successor
in interest to the Estate of Steffen Matthew
Day
          Plaintiff(s),

v.

COUNTY OF CONTRA COSTA, JOSHUA
PATZER, WARREN RUPF, et al.
          Defendant(s).

CASE NO. 07-04335 PJH

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
    Non-binding Arbitration (ADR L.R. 4)
    Early Neutral Evaluation (ENE) (ADR L.R. 5)
✓   Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
✓   Private ADR *(please identify process and provider)* Mediation

** David A. Levy, Law Offices of David A. Levy, 800 Airport Boulevard, Suite 314, Burlingame, California, 94010. Telephone: 650-524-0440

The parties agree to hold the ADR session by:
    the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

✓   other requested deadline 120 days from the date of the Order.

Dated: 11-15-2007

                                        Attorney for Plaintiff

Dated: 11-15-2007

                                        Attorney for Defendant

**The parties have successfully mediated other cases before Mr. Levy.

**[PROPOSED] ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
      Non-binding Arbitration
      Early Neutral Evaluation (ENE)
✓    Mediation
      Private ADR

Deadline for ADR session
      90 days from the date of this order.
✓    other   120 d120 days

IT IS SO ORDERED.

Dated: 11/16/07



IT IS SO ORDERED
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT JUDGE