UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

**Date:** November 29, 2007   **JUDGE:** Phyllis J. Hamilton

**Case No:** C-07-4335 PJH

**Case Name:** Shawn Day v. County of Contra Costa, et al.

**Attorney(s) for Plaintiff:**     Larry E. Cook
**Attorney(s) for Defendant:**     James V. Fitzgerald

**Deputy Clerk:** Nichole Heuerman       **Court Reporter:** Not Reported

### PROCEEDINGS

Initial Case Management Conference-Held. The court sets a pretrial schedule.

**REFERRALS:**

[x] Case referred to ADR for Mediation to be completed within 120 days.

**PRETRIAL SCHEDULE:**

**Non-Expert Discovery cutoff:** 5/23/08
**Expert disclosure:** 6/20/08; Rebuttal 7/8/08
**Expert discovery cutoff:** 8/8/08
**Dispositive Motions heard by:** 9/10/08
**Pretrial Conference:** 1/29/09 at 2:30 p.m.
**Trial:** 2/23/09 at 8:30 a.m., for 6 days, by [x] Jury  [] Court

**Order to be prepared by:**   [] Pl [] Def [x] Court

**Notes:**

**cc:** file; ADR