# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Day,<br><br>          Plaintiff(s),<br><br>     v.<br><br>County of Contra Costa,<br><br>          Defendant(s). | 07-04335 PJH MED<br><br>**Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

   The court notifies the parties and counsel that the Mediator assigned to this case is:

>   **Steven Saltiel**
>   Office of the U.S. Attorney
>   Northern District of California
>   450 Golden Gate Ave.
>   Box 36055
>   San Francisco, CA 94102
>   415-436-6996

   Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program.  The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

Counsel are reminded that the written mediation statements required by the ADR L.R. 6-7 shall NOT be filed with the court.

Dated: February 8, 2008

                                    RICHARD W. WIEKING
                                    Clerk
                                    by:     Alice M. Fiel

_____
ADR Case Administrator
415-522-3148
Alice_Fiel@cand.uscourts.gov

**Notice of Appointment of Mediator**
07-04335 PJH MED                       - 2 -