1  JAMES V. FITZGERALD, III (State Bar No. 55632)
   NOAH G. BLECHMAN (State Bar No. 197167)
2  McNAMARA, DODGE, NEY, BEATTY, SLATTERY,
   PFALZER, BORGES & BROTHERS LLP
3  1211 Newell Avenue
   Post Office Box 5288
4  Walnut Creek, CA 94596
   Telephone: (925) 939-5330
5  Facsimile:  (925) 939-0203

6  Attorneys for Defendant
   COUNTY OF CONTRA COSTA, JOSHUA PATZER, and
7  WARREN RUPF

8              UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10

11  SHAWN DAY, individually and as          Case No. C07-4335 PJH
    successor in interest to the Estate of Steffen
12  Matthew Day,                            **STIPULATION AND [PROPOSED]
                                            ORDER EXTENDING THE MEDIATION
13            Plaintiff,                    DEADLINE**

14     vs.                                  Judge:      Hon. Phyllis J. Hamilton

15  COUNTY OF CONTRA COSTA;
    JOSHUA PATZER; WARREN RUPF, and
16  Does 1 through 50, et al.,

17            Defendants.

18

19       IT IS HEREBY STIPULATED between the parties that due to an unanticipated difficulty

20  with the scheduling of the mediation in this matter, complicated by the unanticipated

21  unavailability of a key representative of the County of Contra Costa, the parties have had to reset

22  their mediation in this matter.  The mediation was initially set by the parties for March 20, 2008.

23  After the mediation date was set, it was determined that there was an unavoidable conflict with

24  that date by a key representative of the County of Contra Costa.  As such, the mediation was

25  recently rescheduled and is now confirmed and set to go forward on April 30, 2008.

26       Per the Court's Case Management and Pretrial Order of November 30, 2007, the parties

27  were supposed to complete mediation within 120 days of the order, essentially by March 30th.

28  Due to the reasons stated above, the parties were unable to complete mediation by March 30th,

McNAMARA, DODGE, NEY, BEATTY, SLATTERY, PFALZER, BORGES & BROTHERS LLP
ATTORNEYS AT LAW
P.O. BOX 5288, WALNUT CREEK, CA 94596
TELEPHONE: (925) 939-5330

though their original mediation date was within that time frame. The parties now need at least a one month extension to complete the mediation, which is currently set for April 30th. All parties are available for this mediation date which has recently been confirmed by the docket filing by the Court on March 19, 2008.

This requested extension will not impact any other dates from the Court's November 30th Case Management and Pretrial Order. This is the first request by the parties to modify the Court's November 30th Case Management and Pretrial Order and good cause is present for such modification due to the unanticipated complication in scheduling the mediation.

**IT IS SO STIPULATED.**

Dated: March 20, 2008

CASPER, MEADOWS, SCHWARTZ & COOK

By: _____
Andrew C. Schwartz, Esq.
Larry Cook, Esq.
Attorneys for Plaintiff
SHAWN DAY

Dated: March 20, 2008

MCNAMARA, DODGE, NEY, BEATTY, SLATTERY, PFALZER, BORGES & BROTHERS LLP

By: _____
James V. Fitzgerald, III
Noah G. Blechman
Attorneys for Defendants
COUNTY OF CONTRA COSTA, JOSHUA PATZER, and WARREN RUPF

McNAMARA, DODGE, NEY, BEATTY, SLATTERY, PFALZER, BORGES & BROTHERS LLP
ATTORNEYS AT LAW
P.O. BOX 5288, WALNUT CREEK, CA 94596
TELEPHONE: (925) 939-5330

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## **ORDER**

The parties have demonstrated good cause to modify the Court's November 30, 2007, Case Management and Pretrial Order in this matter as follows:

Mediation shall now be ordered to be completed by May 2, 2008.

**IT IS SO ORDERED.**


Dated: _____, 2008

By: _____
Hon. Phyllis J. Hamilton
United States District Court Judge