JAMES V. FITZGERALD, III (State Bar No. 55632)
NOAH G. BLECHMAN (State Bar No. 197167)
McNAMARA, DODGE, NEY, BEATTY, SLATTERY,
PFALZER, BORGES & BROTHERS LLP
1211 Newell Avenue
Post Office Box 5288
Walnut Creek, CA 94596
Telephone: (925) 939-5330
Facsimile: (925) 939-0203

Attorneys for Defendant
COUNTY OF CONTRA COSTA, JOSHUA PATZER, and
WARREN RUPF

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN DAY, individually and as successor in interest to the Estate of Steffen Matthew Day,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF CONTRA COSTA; JOSHUA PATZER; WARREN RUPF, and Does 1 through 50, et al.,<br><br>Defendants. | Case No. C07-4335 PJH<br><br>**STIPULATION AND [P~~ROPOSED~~] ORDER EXTENDING THE MEDIATION DEADLINE**<br><br>Judge:   Hon. Phyllis J. Hamilton |

IT IS HEREBY STIPULATED between the parties that due to an unanticipated difficulty with the scheduling of the mediation in this matter, complicated by the unanticipated unavailability of a key representative of the County of Contra Costa, the parties have had to reset their mediation in this matter. The mediation was initially set by the parties for March 20, 2008. After the mediation date was set, it was determined that there was an unavoidable conflict with that date by a key representative of the County of Contra Costa. As such, the mediation was recently rescheduled and is now confirmed and set to go forward on April 30, 2008.

Per the Court's Case Management and Pretrial Order of November 30, 2007, the parties were supposed to complete mediation within 120 days of the order, essentially by March 30th. Due to the reasons stated above, the parties were unable to complete mediation by March 30th,

though their original mediation date was within that time frame. The parties now need at least a one month extension to complete the mediation, which is currently set for April 30th. All parties are available for this mediation date which has recently been confirmed by the docket filing by the Court on March 19, 2008.

This requested extension will not impact any other dates from the Court's November 30th Case Management and Pretrial Order. This is the first request by the parties to modify the Court's November 30th Case Management and Pretrial Order and good cause is present for such modification due to the unanticipated complication in scheduling the mediation.

**IT IS SO STIPULATED.**

Dated: March 20, 2008         CASPER, MEADOWS, SCHWARTZ & COOK

By: _____
Andrew C. Schwartz, Esq.
Larry Cook, Esq.
Attorneys for Plaintiff
SHAWN DAY

Dated: March 20, 2008         McNAMARA, DODGE, NEY, BEATTY, SLATTERY, PFALZER, BORGES & BROTHERS LLP

By: _____
James V. Fitzgerald, III
Noah G. Blechman
Attorneys for Defendants
COUNTY OF CONTRA COSTA, JOSHUA PATZER, and WARREN RUPF

1  **ORDER**

2  The parties have demonstrated good cause to modify the Court's November 30, 2007,

3  Case Management and Pretrial Order in this matter as follows:

4  Mediation shall now be ordered to be completed by May 2, 2008.

5  **IT IS SO ORDERED.**

7  Dated: ___March 21___, 2008

8  By: _____

