1  Andrew C. Schwartz (State Bar No. 64578)
   Larry E. Cook (State Bar No. 122776)
2  **CASPER, MEADOWS, SCHWARTZ & COOK**
   A Professional Corporation
3  California Plaza
   2121 North California Blvd., Suite 1020
4  Walnut Creek, California 94596
   Telephone:   (925) 947-1147
5  Facsimile:   (925) 947-1131

6  Attorneys for Plaintiff
   SHAWN DAY

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11 | SHAWN DAY, individually and as successor in   | Case No. C07-4335-PJH
      interest to the Estate of Steffen Matthew Day,
12 |                                                | STIPULATON AND [PROPOSED] ORDER
                      Plaintiff,                     EXTENDING THE MEDIATION DEADLINE
13 |
         vs.
14 |
      COUNTY OF CONTRA COSTA, JOSHUA            | Judge: Hon. Phyllis J. Hamilton
15    PATZER, WARREN RUPF, and Does 1
      through 50, et al.,
16
                      Defendants.
17

18     IT IS HEREBY STIPULATED between the parties that due to the parties' inability to

19 complete necessary discovery by April 30, 2008, it is necessary to continue the date for

20 mediation for approximately one month. The parties and the mediator have tentatively

21 selected May 19, 2008 for mediation. The parties will complete the deposition of plaintiff and

22 defendant Deputy Patzer prior to May 19, 2008. The mediation was initially set by the parties

23 for March 20, 2008 and rescheduled to April 30, 2008.

24     Per the Court's Case Management and Pretrial Order of November 30, 2007, the

25 parties were supposed to complete mediation within 120 days of the order, essentially by

26 March 30th and continued by Stipulation to April 30, 2008. Due to the reasons stated above,

27 the parties were unable to complete mediation by April 30, 2008. The parties now need a

28 second extension to complete the mediation. All parties are available for this mediation date

CASPER, MEADOWS,
SCHWARTZ & COOK
2121 N. California Blvd.,
Suite 1020
Walnut Creek, CA 94596
TEL: (925) 947-1147
FAX (925) 947-1131

Stipulation And Proposed Order Extending The Mediation Deadline            Page 1
Case No. C07-4335 PJH

1  which has recently been confirmed for May 19, 2008.

2      This requested extension will not impact any other dates from the Court's November 30th Case Management and Pretrial Order.

6  Dated: 4/28/08

Andrew C. Schwartz
Larry E. Cook
**CASPER, MEADOWS, SCHWARTZ & COOK**
Attorneys for Plaintiff

9  Dated: 4/28/08

James V. Fitzgerald, III
Noah G. Blechman
**MCNAMARA, DODGE, NEY, BEATTY, SLATTERY, PFALZER, BORGES & BROTHERS LLP**
Attorneys for Defendant

CASPER, MEADOWS, SCHWARTZ & COOK
2121 N. California Blvd., Suite 1020
Walnut Creek, CA 94596
TEL: (925) 947-1147
FAX: (925) 947-1131

Stipulation And Proposed Order Extending The Mediation Deadline
Case No. C07-4335 PJH

Page 2

## ORDER

The parties have demonstrated good cause to modify the Court's November 30, 2007, Case Management and Pretrial Order in this matter as follows:

Mediation shall now be ordered to be completed by May 19, 2008.

IT IS SO ORDERED.

Dated: _____, 2008

_____
Hon. Phyllis J. Hamilton
United States District Court Judge

CASPER, MEADOWS,
SCHWARTZ & COOK
2121 N. California Blvd.,
Suite 1020
Walnut Creek, CA 94596
TEL: (925) 947-1147
FAX (925) 947-1131

Stipulation And Proposed Order Extending The Mediation Deadline
Case No. C07-4335 PJH

Page 3