Andrew C. Schwartz (State Bar No. 64578)
Larry E. Cook (State Bar No. 122776)
**CASPER, MEADOWS, SCHWARTZ & COOK**
A Professional Corporation
California Plaza
2121 North California Blvd., Suite 1020
Walnut Creek, California 94596
Telephone:    (925) 947-1147
Facsimile:    (925) 947-1131

Attorneys for Plaintiff
SHAWN DAY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN DAY, individually and as successor in interest to the Estate of Steffen Matthew Day,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF CONTRA COSTA, JOSHUA PATZER, WARREN RUPF, and Does 1 through 50, et al.,<br><br>Defendants. | Case No. C07-4335-PJH<br><br>STIPULATON AND [~~PROPOSED~~] ORDER EXTENDING THE MEDIATION DEADLINE<br><br>Judge: Hon. Phyllis J. Hamilton |

IT IS HEREBY STIPULATED between the parties that due to the parties' inability to complete necessary discovery by April 30, 2008, it is necessary to continue the date for mediation for approximately one month. The parties and the mediator have tentatively selected May 19, 2008 for mediation. The parties will complete the deposition of plaintiff and defendant Deputy Patzer prior to May 19, 2008. The mediation was initially set by the parties for March 20, 2008 and rescheduled to April 30, 2008.

Per the Court's Case Management and Pretrial Order of November 30, 2007, the parties were supposed to complete mediation within 120 days of the order, essentially by March 30th and continued by Stipulation to April 30, 2008. Due to the reasons stated above, the parties were unable to complete mediation by April 30, 2008. The parties now need a second extension to complete the mediation. All parties are available for this mediation date

CASPER, MEADOWS,
SCHWARTZ & COOK
2121 N. California Blvd.,
Suite 1020
Walnut Creek, CA 94596
TEL: (925) 947-1147
FAX: (925) 947-1131

Stipulation And Proposed Order Extending The Mediation Deadline
Case No. C07-4335 PJH

Page 1

1 | which has recently been confirmed for May 19, 2008.

2 |     This requested extension will not impact any other dates from the Court's November 30th Case Management and Pretrial Order.

Dated: 4/28/08

Andrew C. Schwartz
Larry E. Cook
CASPER, MEADOWS, SCHWARTZ & COOK
Attorneys for Plaintiff

Dated: 4/28/08

James V. Fitzgerald, III
Noah G. Blechman
MCNAMARA, DODGE, NEY, BEATTY, SLATTERY, PFALZER, BORGES & BROTHERS LLP
Attorneys for Defendant

CASPER, MEADOWS,
SCHWARTZ & COOK
2121 N. California Blvd.,
Suite 1020
Walnut Creek, CA 94596
TEL: (925) 947-1147
FAX: (925) 947-1131

Stipulation And Proposed Order Extending The Mediation Deadline
Case No. C07-4335 PJH

Page 2

## ORDER

The parties have demonstrated good cause to modify the Court's November 30, 2007, Case Management and Pretrial Order in this matter as follows:

Mediation shall now be ordered to be completed by May 19, 2008.

IT IS SO ORDERED.

Dated: _April 29_____, 2008



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
Judge Phyllis J. Hamilton

CASPER, MEADOWS,
SCHWARTZ & COOK
2121 N. California Blvd.,
Suite 1020
Walnut Creek, CA  94596
TEL: (925) 947-1147
FAX (925) 947-1131