**FILED**

MAY 2 0 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

## Northern District of California

Day,

Plaintiff(s),

v.

County of Contra Costa,

Defendant(s).

No. C 07-04335 PJH MED

**Certification of ADR Session**

*Instructions:* The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.

1. I hereby certify that the parties in this matter held a ☑ Mediation or ☐ ENE session on (date) 5/19/08

2. Did the case settle?   ☐ fully   ☐ partially   ☑ no

3. If the case did not settle fully, is any follow-up contemplated?

   ☐ another session scheduled for (date) _____

   ☐ phone discussions expected by (date) _____

   ☐ ~~no~~

4. IS THIS ADR PROCESS COMPLETED?   ☑ YES   ☐ NO

Dated: 5/19/08

Mediator, Steven Saltiel
Office of the U.S. Attorney
450 Golden Gate Ave.
Box 36055
San Francisco, CA 94102

Certification of ADR Session
07-04335 PJH MED