# EXHIBIT F

1  JAMES V. FITZGERALD, III (State Bar No. 55632)
   NOAH G. BLECHMAN (State Bar No. 197167)
2  McNAMARA, DODGE, NEY, BEATTY, SLATTERY,
   PFALZER, BORGES & BROTHERS LLP
3  1211 Newell Avenue
   Post Office Box 5288
4  Walnut Creek, CA 94596
   Telephone: (925) 939-5330
5  Facsimile:  (925) 939-0203

6  Attorneys for Defendant
   COUNTY OF CONTRA COSTA, JOSHUA PATZER, and
7  WARREN RUPF

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11  SHAWN DAY, individually and as          Case No. C07-4335 PJH
    successor in interest to the Estate of Steffen
12  Matthew Day,                            **DECLARATION OF ALEX TAFLYA**

13          Plaintiff,

14      vs.

15  COUNTY OF CONTRA COSTA;
    JOSHUA PATZER; WARREN RUPF, and
16  Does 1 through 50, et al.,

17          Defendants.

18

19      I, Alex Taflya, hereby declare:

20  1.  I am employed with the Contra Costa County Sheriff's Office.

21  2.  Part of my job duties with the Contra Costa County Sheriff's Office are to take

22      photographs of crime scenes and objects related to such scenes.

23  3.  On August 15th and 17th of 2006, I went to Pittsburg, California, on behalf of the Sheriff's

24      Office to take photographs of the Mustang driven by Decedent Steffen Day at the time of

25      the incident and the scene of the shooting incident involving Deputy Patzer and Decedent

26      Steffen Day.

27  4.  These photographs were taken on the night of the incident, August 15, 2006, and some

28      additional photographs were taken in the daylight on that same day and on August 17th.

DECLARATION OF SCENE PHOTOGRAPHER IN
SUPPORT OF MSJ/MSA - Case No. C07-4335 PJH

McNAMARA, DODGE, NEY, BEATTY, SLATTERY, PFALZER, BORGES & BROTHERS LLP
ATTORNEYS AT LAW
P.O. BOX 5288, WALNUT CREEK, CA 94596
TELEPHONE: (925) 939-5330

5. Attached are true and correct copies of the photographs taken of Decedent's Mustang vehicle and the scene of the incident on August 15th of 2006.

6. These photographs fairly and accurately reflect the Mustang and the scene of the incident on August 15th of 2006.

7. Photographs of evidence items were taken on August 15th and 17th of 2006.

I declare under penalty of perjury the foregoing is true and correct.

Executed this 29TH day of July, 2008 at Martinez, California.

By: _____
Alex Taflya, Declarant

McNAMARA, DODGE, NEY, BEATTY, SLATTERY, PFALZER, BORGES & BROTHERS LLP
ATTORNEYS AT LAW
P.O BOX 5288, WALNUT CREEK, CA 94596
TELEPHONE. (925) 939-5310



























