# EXHIBIT G























