# EXHIBIT H

Day v. County of Contra Costa et al
Case No. 07-4335 PJH

Exh. H - Video of Coned Path of Travel of Decedent
When He Fled from Deputy Patzer
(2 plus minutes, viewed with Windows Media Player)







# EXHIBIT I

1  JAMES V. FITZGERALD, III (State Bar No. 55632)
   NOAH G. BLECHMAN (State Bar No. 197167)
2  McNAMARA, DODGE, NEY, BEATTY, SLATTERY,
   PFALZER, BORGES & BROTHERS LLP
3  1211 Newell Avenue
   Post Office Box 5288
4  Walnut Creek, CA 94596
   Telephone: (925) 939-5330
5  Facsimile:  (925) 939-0203

6  Attorneys for Defendant
   COUNTY OF CONTRA COSTA, JOSHUA PATZER, and
7  WARREN RUPF

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11  SHAWN DAY, individually and as           Case No. C07-4335 PJH
    successor in interest to the Estate of Steffen
12  Matthew Day,                             **REQUEST FOR ADMISSION**

13              Plaintiff,

14      vs.

15  COUNTY OF CONTRA COSTA;
    JOSHUA PATZER; WARREN RUPF, and
16  Does 1 through 50, et al.,

17              Defendants.

18

19      PROPOUNDING PARTY        Defendant, JOSHUA PATZER

20

21      RESPONDING PARTY         Plaintiff, SHAWN DAY

22      SET NUMBER               One

23      Defendant, JOSHUA PATZER hereby requests that the Plaintiff, SHAWN DAY, pursuant

24  to Federal Rule of Civil Procedure §36, admit under oath the following request for admission:

25      **REQUEST NO. 1**

26      Admit that Deputy Patzer's shooting of Decedent Steffen Day was objectively

27  reasonable within the meaning of <u>Graham v. Connor</u>.

28

REQUEST FOR ADMISSION

McNAMARA, DODGE, NEY, BEATTY, SLATTERY, PFALZER, BORGES & BROTHERS LLP
ATTORNEYS AT LAW
P.O. BOX 5288, WALNUT CREEK, CA 94596
TELEPHONE: (925) 939-5330

1   Dated:  February 7, 2008

McNamara, Dodge, Ney, Beatty, Slattery,
Pfalzer, Borges & Brothers LLP

By: _____
    James V. Fitzgerald, III
    Noah G. Blechman
    Attorneys for Defendant
    COUNTY OF CONTRA COSTA, JOSHUA PATZER,
    and WARREN RUPF

REQUEST FOR ADMISSION       2

McNAMARA, DODGE, NEY, BEATTY, SLATTERY, PFALZER, BORGES & BROTHERS LLP
ATTORNEYS AT LAW
P.O. BOX 5288, WALNUT CREEK, CA 94596
TELEPHONE: (925) 939-5330

PROOF OF SERVICE BY MAIL (C.C.P. §§ 1013a, 2015.5)

I hereby declare that I am a citizen of the United States, am over the age of eighteen years, and not a party to the within action; my business address is 1211 Newell Avenue, Walnut Creek, California 94596.

On this date I served the foregoing **REQUEST FOR ADMISSION** on the parties in said action, by placing a true copy thereof enclosed in a sealed envelope addressed as listed below for mailing. I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the United States Postal Service on that same day with postage thereon fully prepaid, in the United States Post Office mail box at Walnut Creek, California, addressed as follows:

**Attorneys For Plaintiff:**

Larry E. Cook, Esq.
Casper, Meadows, Schwartz & Cook
2121 N. California Blvd., Suite 1020
Walnut Creek, CA 94596

Phone: 925-947-1147
Fax: 925-947-1131

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on February 7, 2008 at Walnut Creek, California.

SABRINA AHIA

1 | Andrew C. Schwartz (State Bar No. 64578)
Larry E. Cook (122776)
2 | **CASPER, MEADOWS, SCHWARTZ & COOK**
A Professional Corporation
3 | California Plaza
2121 North California Blvd., Suite 1020
4 | Walnut Creek, California 94596
Telephone:    (925) 947-1147
5 | Facsimile:    (925) 947-1131

6 | Attorneys for Plaintiff
SHAWN DAY
7

8

9 | UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA
10

11 | SHAWN DAY, individually and as successor in
interest to the Estate of Steffen Matthew Day, | **Case No. C07-4335-PJH**
12
| **PLAINTIFF'S RESPONSE TO DEFENDANT**
Plaintiff, | **PATZER'S REQUEST FOR ADMISSION,**
13 | | **SET ONE**

14 | vs.

15 | COUNTY OF CONTRA COSTA, JOSHUA
PATZER, WARREN RUPF, and Does 1
16 | through 50, et al.,

| Defendants.
17

18 | PROPOUNDING PARTY:    Defendant, JOSHUA PATZER

19 | RESPONDING PARTY:    Plaintiff, SHAWN DAY

20 | SET NUMBER:    ONE

21 |      TO DEFENDANT SHAWN DAY, AND HIS ATTORNEYS OF RECORD:

22 |      Responding party herein provides the following responses and/or objections to the

23 | above referenced set of Interrogatories:

24 | **Preliminary Statement**

25 |      These responses are made solely for the purposes of this action. Each response is

26 | made subject to all appropriate objections which would require the exclusion of such response

27 | if it were asked of and given by a witness present and testifying in court. All such objections

28 | are reserved and may be interposed at the time of trial.

CASPER, MEADOWS,
CHWARTZ & COOK
21 N. California Blvd.,
Suite 1020
inut Creek, CA 94596
EL: (925) 947-1147
AX (925) 947-1131

1    Responding party herein has not yet completed investigation of the facts and

2  documents relating to this action, discovery in this action, or preparation for trial.

3  Consequently, these responses are given without prejudice to the right of this responding

4  party to produce at time of trial any and all subsequently-discovered evidence relating to the

5  proof of presently known material facts and to produce all evidence, whenever discovered,

6  relating to the proof of subsequently discovered material facts.  Responding party reserves

7  the right to amend these answers as further facts are obtained.

8    Except for explicit facts admitted herein, no admissions of any nature whatsoever are

9  implied or should be inferred. The fact that any interrogatory herein has been answered

10  should not be taken as an admission or acceptance of the existence of any fact(s) set forth or

11  assumed by such interrogatory, or that such answer constitutes admissible evidence.

12    It is assumed by responding party herein that the propounding party possesses, and is

13  familiar with, the entire product of pleading and discovery in this action. Therefore, where an

14  interrogatory calls for information which is contained in material that is available to all parties,

15  said interrogatory will be answered only by reference to those materials. Further, the

16  responses to these interrogatories are given without prejudice to plaintiff's right to produce

17  facts, witnesses and documents omitted from these responses by oversight, inadvertence and

18  good faith, error or mistake.

19    This preliminary statement is, by this reference, incorporated into each and every

20  response hereto.

21  **REQUEST NO. 1:**

22    Admit that Deputy Patzer's shooting of Decedent Steffen Day was objectively

23  reasonable within the meaning of <u>Graham v. Connor</u>.

24  **RESPONSE:**

25    Deny.

26

27  Dated:___March 27, 2008_____

28

Larry E. Cook
CASPER, MEADOWS, SCHWARTZ & COOK
Attorneys for Plaintiff

.SPER, MEADOWS,
:HWARTZ & COOK
1 N. California Blvd.,
Suite 1020
nut Creek, CA 94596
EL: (925) 947-1147
AX (925) 947-1131

*Shawn Day v. County of Contra Costa, et al.*
Plaintiff's Response To Defendant Patzer's Request For Admission

VERIFICATION TO FOLLOW UNDER SEPARATE
COVER

1

**PROOF OF SERVICE**

2

RE:    Shawn Day, et al. v. County of Contra Costa, et al.
       United States District Court Case No. C07-4335-PJH

3

4

     I am a citizen of the United States and am employed in the County of Contra Costa,
State of California. I am over eighteen (18) years of age and not a party to the above-entitled

5

action. My business address is 2121 North California Blvd., Suite 1020, Walnut Creek, CA
94596. On the date below, I served the following documents in the manner indicated on the

6

below-named parties and/or counsel of record:

7

**PLAINTIFF'S RESPONSE TO DEFENDANT PATZER'S REQUEST FOR ADMISSIONS, SET

8

ONE**

9

☐  U.S. MAIL, with First Class postage prepaid and deposited in sealed envelopes at
Walnut Creek, California.

10

☐  ELECTRONICALLY, I caused said documents to be transmitted using ECF as specified
by General Order No. 45 to the following parties.

11

☐  FACSIMILE TRANSMISSION from (925) 947-1131 during normal business hours,
complete and without error on the date indicated below, as evidenced by the report
issued by the transmitting facsimile machine.

12

☒  **Hand-Delivery Via Courier**

13

☐  **Other**: OVERNIGHT DELIVERY. On the date indicated below, I placed a true and correct
copy of the aforementioned document(s) in a sealed envelope and/or package
designated by *Federal Express Priority Overnight*, individually addressed to the

14

parties indicated below, with fees fully prepaid, and caused each such envelope and/or

15

package to be deposited for pick-up on the same day by an authorized representative
of *Federal Express* at Walnut Creek, California, in the ordinary course of business.

16

**For Defendants**

17

James V. Fitzgerald, III
McNamara, Dodge, Ney, Beatty, Slattery & Pfalzer LLP

18

1211 Newell Avenue
Walnut Creek, CA 94596

19

Tel: (925) 939-5330
Fax: (925) 939-0203

20

21

     I declare under penalty of perjury under the laws of the State of California, and the

22

United States of America, that the foregoing is true and correct and that I am readily familiar
with this firm's practice for collection and processing of documents for mailing with the U.S.

23

Postal Service.

24

Dated: March 27, 2008

25

                   *Shannon M Bowers*

SHANNON M. BOWERS

26

27

28

PER, MEADOWS,
WARTZ & COOK
N. California Blvd
Suite 1020
t Creek, CA 94596
: (925) 947-1147
: (925) 947-1131

# EXHIBIT J

1  Andrew C. Schwartz (State Bar No. 64578)
   Larry E. Cook (122776)
2  **CASPER, MEADOWS, SCHWARTZ & COOK**
   A Professional Corporation
3  California Plaza
   2121 North California Blvd., Suite 1020
4  Walnut Creek, California  94596
   Telephone:     (925) 947-1147
5  Facsimile:     (925) 947-1131

6  Attorneys for Plaintiff
   SHAWN DAY

7

8                          UNITED STATES DISTRICT COURT

9                        NORTHERN DISTRICT OF CALIFORNIA

10

11 SHAWN DAY, individually and as successor in      **Case No. C07-4335-PJH**
   interest to the Estate of Steffen Matthew Day,
12                                                   **PLAINTIFF'S SUPPLEMENTAL RESPONSE**
              Plaintiff,                             **TO DEFENDANT PATZER'S SPECIAL**
13                                                   **INTERROGATOIRES, SET ONE**
        vs.
14
   COUNTY OF CONTRA COSTA, JOSHUA
15 PATZER, WARREN RUPF, and Does 1
   through 50, et al.,
16
              Defendants.
17

18 PROPOUNDING PARTY:      Defendant, JOSHUA PATZER

19 RESPONDING PARTY:       Plaintiff, SHAWN DAY

20 SET NUMBER:             ONE

21      TO DEFENDANT SHAWN DAY, AND HIS ATTORNEYS OF RECORD:

22      Responding party herein provides the following responses and/or objections to the

23 above referenced set of Interrogatories:

24                          **Preliminary Statement**

25      These responses are made solely for the purposes of this action. Each response is

26 made subject to all appropriate objections which would require the exclusion of such response

27 if it were asked of and given by a witness present and testifying in court. All such objections

28 are reserved and may be interposed at the time of trial.

CASPER, MEADOWS,
SCHWARTZ & COOK
2121 N. California Blvd.,
Suite 1020
Walnut Creek, CA 94596
TEL: (925) 947-1147
FAX (925) 947-1131

*Shawn Day v. County of Contra Costa, et al.*                                    Page 1
Plaintiff's Supplemental Response To Defendant Patzer's Special Interrogatories

1    Responding party herein has not yet completed investigation of the facts and
2    documents relating to this action, discovery in this action, or preparation for trial.
3    Consequently, these responses are given without prejudice to the right of this responding
4    party to produce at time of trial any and all subsequently-discovered evidence relating to the
5    proof of presently known material facts and to produce all evidence, whenever discovered,
6    relating to the proof of subsequently discovered material facts.  Responding party reserves
7    the right to amend these answers as further facts are obtained.

8    Except for explicit facts admitted herein, no admissions of any nature whatsoever are
9    implied or should be inferred. The fact that any interrogatory herein has been answered
10    should not be taken as an admission or acceptance of the existence of any fact(s) set forth or
11    assumed by such interrogatory, or that such answer constitutes admissible evidence.

12    It is assumed by responding party herein that the propounding party possesses, and is
13    familiar with, the entire product of pleading and discovery in this action. Therefore, where an
14    interrogatory calls for information which is contained in material that is available to all parties,
15    said interrogatory will be answered only by reference to those materials. Further, the
16    responses to these interrogatories are given without prejudice to plaintiff's right to produce
17    facts, witnesses and documents omitted from these responses by oversight, inadvertence and
18    good faith, error or mistake.

19    This preliminary statement is, by this reference, incorporated into each and every
20    response hereto.

21    **INTERROGATORY NO. 1**:

22    If your response to Request for Admission No. 1 served with these interrogatories is
23    anything but an unqualified admission, state all facts upon you base your response.

24    **RESPONSE:**

25    Objection.  This interrogatory is premature.  Discovery is just beginning in this case.
26    No depositions have yet been taken. Defendant has not provided plaintiff with all discovery
27    including, but not limited to, audio recordings of witnesses interviews.

28    Without waiving said objection, plaintiff responds as follows:

CASPER, MEADOWS,
SCHWARTZ & COOK
2121 N. California Blvd.,
Suite 1020
Walnut Creek, CA 94596
TEL: (925) 947-1147
FAX (925) 947-1131

*Shawn Day v. County of Contra Costa, et al.*                                            Page 2
Plaintiff's Supplemental Response To Defendant Patzer's Special Interrogatories

FACTS:

1.    Defendant Patzer was a much larger man that the defendant as evidenced by records produced by defendant.

2.    Defendant Patzer did not use or reasonably attempt to use less than lethal force to arrest the decedent.

3.    Defendant made conflicting statements as to whether or not the decedent attempted to take control of his weapon.

4.    Decedent was unarmed.

5.    No evidence that Patzer knew that decedent was under the influence of a drug.

6.    No evidence that Patzer believed the decedent was a violent person or had committed prior acts of violence.

7.    The short time between Patzer giving chase to decedent and the time of the shooting indicates no time sufficient for the kind of physical altercation between decedent and Patzer as claimed by Patzer.

8.    Neighbors did not see or hear any fights between Patzer and the decedent.

**INTERROGATORY NO. 2:**

If your response to Request for Admission No. 1 served with these interrogatories is anything but an unqualified admission, state the names, addresses and telephone numbers of all persons who have knowledge of each fact identified in your response to Interrogatory No. 1.

**RESPONSE:**

All witnesses are identified in the police reports and in the transcript of the Coroners' Inquest provided by defendant to plaintiff.

**INTERROGATORY NO. 3**:

If your response to Request for Admission No. 1 served with these interrogatories is anything but an unqualified admission, identify all documents and tangible things that support

CASPER, MEADOWS,
SCHWARTZ & COOK
2121 N. California Blvd.,
Suite 1020
Walnut Creek, CA 94596
TEL: (925) 947-1147
FAX (925) 947-1131

*Shawn Day v. County of Contra Costa, et al.*                                                                 Page 3
Plaintiff's Supplemental Response To Defendant Patzer's Special Interrogatories

1   each fact identified in Interrogatory No. 1 and state the name, address and telephone number

2   of the person who has each document or thing.

3   **RESPONSE:**

4       All witnesses are identified in the police reports and in the transcript of the Coroners'

5   Inquest provided by defendant to plaintiff.

6   **INTERROGATORY NO. 4:**

7       Identify each document which supports the damages allegations in Paragraph 23 of

8   your Complaint.

9   **RESPONSE:**

10      Plaintiff in not in possession of documents responsive to this request.

11  **INTERROGATORY NO. 5:**

12      Identify each and every witness to the damages allegations in Paragraph 23 of your

13  Complaint.

14  **RESPONSE:**

15      Plaintiff, Shawn Day is the sole witness to his loss.

16  **INTERROGATORY NO. 6:**

17      With regard to your claims against Defendants, for each month since the date of the

18  incident on August 14-15, 2006, state the name, hourly rate and number of hours spend by

19  each attorney, law clerk, or paralegal who has worked on your case through the date of your

20  Answers to these Special Interrogatories, Set one.

21  **RESPONSE:**

22      Plaintiff objects to this interrogatory as it calls for attorney-client work product

23  privileged information.  Notwithstanding this objection, plaintiff responds as follows:

24          Andrew C. Schwartz: $500 per hour x 35 hours = $17,500.00

25          Larry E. Cook: $400 per hour x 95 hours =        $38,000.00

26          Liza Eto: 10.2 per hour x 80 hours =             $    816.00

27          Costs:                                           $10,110.60

28              TOTAL:                                       $66,426.60

CASPER, MEADOWS,
SCHWARTZ & COOK
2121 N. California Blvd.,
Suite 1020
Walnut Creek, CA 94596
TEL (925) 947-1147
FAX (925) 947-1131

*Shawn Day v. County of Contra Costa, et al.*                                      Page 4
Plaintiff's Supplemental Response To Defendant Patzer's Special Interrogatories

**INTERROGATORY NO. 7:**

What is the total amount of attorneys' fees and costs incurred on your case through the date of your Answers to these Special Interrogatories, Set One.

**RESPONSE:**

Plaintiff objects to this interrogatory as it calls for attorney-client work product privileged information. Notwithstanding this objection, plaintiff responds as follows:

TOTAL:                    $66,426.60

**INTERROGATORY NO. 8:**

Explain how you calculated the number you provided in your Answer to Interrogatory No. 7 above.

**RESPONSE:**

Plaintiff objects to this interrogatory as it calls for attorney-client work product privileged information. Notwithstanding this objection, plaintiff responds as follows: I have a contingency fee agreement; also, attorneys have agreed to accept such fees as are ordered by the Court after trial. The fees are as calculated above in Response to Special Interrogatory No. 6.

Dated:  April 24, 2008

Larry E. Cook
CASPER, MEADOWS, SCHWARTZ & COOK
Attorneys for Plaintiff

CASPER, MEADOWS,
SCHWARTZ & COOK
2121 N. California Blvd.,
Suite 1020
Walnut Creek, CA 94596
TEL: (925) 947-1147
FAX (925) 947-1131

*Shawn Day v. County of Contra Costa, et al.*                    Page 5
Plaintiff's Supplemental Response To Defendant Patzer's Special Interrogatories

VERIFICATION TO FOLLOW UNDER SEPARATE
COVER

**PROOF OF SERVICE**

RE:    Shawn Day, et al. v. County of Contra Costa, et al.
       United States District Court Case No. C07-4335-PJH

I am a citizen of the United States and am employed in the County of Contra Costa, State of California. I am over eighteen (18) years of age and not a party to the above-entitled action. My business address is 2121 North California Blvd., Suite 1020, Walnut Creek, CA 94596. On the date below, I served the following documents in the manner indicated on the below-named parties and/or counsel of record:

**PLAINTIFF'S SUPPLEMENTAL RESPONSE TO DEFEENDANT PATZER'S SPECIAL INTERROGATORIES, SET ONE**

☐ **U.S. Mail**, with First Class postage prepaid and deposited in sealed envelopes at Walnut Creek, California.

☐ **Electronically**, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties.

☐ **Facsimile Transmission** from (925) 947-1131 during normal business hours, complete and without error on the date indicated below, as evidenced by the report issued by the transmitting facsimile machine.

☒ **Hand-Delivery Via Courier**

☐ **Other**: **Overnight Delivery**. On the date indicated below, I placed a true and correct copy of the aforementioned document(s) in a sealed envelope and/or package designated by *Federal Express Priority Overnight*, individually addressed to the parties indicated below, with fees fully prepaid, and caused each such envelope and/or package to be deposited for pick-up on the same day by an authorized representative of *Federal Express* at Walnut Creek, California, in the ordinary course of business.

**For Defendants**
James V. Fitzgerald, III
McNamara, Dodge, Ney, Beatty, Slattery & Pfalzer LLP
1211 Newell Avenue
Walnut Creek, CA 94596
Tel: (925) 939-5330
Fax: (925) 939-0203

I declare under penalty of perjury under the laws of the State of California, and the United States of America, that the foregoing is true and correct and that I am readily familiar with this firm's practice for collection and processing of documents for mailing with the U.S. Postal Service.

Dated: April 25, 2008

_____
SHANNON M. BOWERS

CASPER, MEADOWS,
SCHWARTZ & COOK
2121 N. California Blvd.,
Suite 1020
Walnut Creek, CA 94596
TEL: (925) 947-1147
FAX (925) 947-1131

McNAMARA, DODGE, NEY, BEATTY, SLATTERY, PFALZER, BORGES & BROTHERS LLP
ATTORNEYS AT LAW
P.O. BOX 5288, WALNUT CREEK, CA 94596
TELEPHONE: (925) 939-5330

1    PROOF OF SERVICE BY MAIL (C.C.P. §§ 1013a, 2015.5)

2    I hereby declare that I am a citizen of the United States, am over the age of eighteen years,

3    and not a party to the within action; my business address is 1211 Newell Avenue, Walnut Creek,

4    California 94596.

5    On this date I served the foregoing **DECLARATION OF JAMES V. FITZGERALD,**

6    **III, IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT/ SUMMARY**

7    **ADJUDICATION** on the parties in said action, by placing a true copy thereof enclosed in a

8    sealed envelope addressed as listed below for mailing. I am readily familiar with this firm's

9    practice of collection and processing correspondence for mailing. Under that practice, it would be

10   deposited with the United States Postal Service on that same day with postage thereon fully

11   prepaid, in the United States Post Office mail box at Walnut Creek, California, addressed as

12   follows:

13   **Attorneys For Plaintiff:**

14   Larry E. Cook, Esq.
     Casper, Meadows, Schwartz & Cook
15   2121 N. California Blvd., Suite 1020
     Walnut Creek, CA 94596
16
     Phone: 925-947-1147
17   Fax: 925-947-1131

18
     I declare under penalty of perjury under the laws of the State of California that the
19
     foregoing is true and correct and that this declaration was executed on August 5, 2008 at Walnut
20
     Creek, California.
21

22

23   SABRINA AHIA

24

25

26

27

28