1  Andrew C. Schwartz (State Bar No. 64578)
   Larry E. Cook (122776)
2  CASPER, MEADOWS, SCHWARTZ & COOK
   A Professional Corporation
3  California Plaza
   2121 North California Blvd., Suite 1020
4  Walnut Creek, California  94596
   Telephone:    (925) 947-1147
5  Facsimile:    (925) 947-1131

6  Attorneys for Plaintiff
   SHAWN DAY

7

8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11  SHAWN DAY, individually and as successor in      Case No. C07-4335-PJH
    interest to the Estate of Steffen Matthew Day,
12
                                                     DECLARATION OF ARCHIE GORE IN
13              Plaintiff,                            OPPOSITION TO DEFENDANTS' MOTION
                                                     FOR SUMMARY JUDGMENT / SUMMARY
        vs.                                          ADJUDICATION
14

15  COUNTY OF CONTRA COSTA, JOSHUA
    PATZER, WARREN RUPF, and Does 1                  Date:         September 10, 2008
16  through 50, et al.,                              Time:         9:00 a.m.
                                                     Judge: Honorable Phyllis J. Hamilton
17              Defendants.                          Dept:         Courtroom 3, 17th Floor (SF)

18

19  I, ARCHIE GORE, DECLARE:

20       1.      I am a private investigator.  I was retained by the law firm of Casper, Meadows,

21  Schwartz & Cook to conduct an investigation into the shooting death of Steffen Day which

22  occurred on August 15, 2006 at 26 Galleon Way, Pittsburg, California.

23       2.      As part of my investigation, I prepared a detailed diagram of the outside area of

24  26 Galleon Way, Pittsburg, California.  The diagram attached hereto as Exhibit 1 is true in its

25  measurements and is accurately configured as to its North/South orientation.

26       I declare under the penalty of perjury under the laws of the State of California that the

27  foregoing is true and correct and that I could competently testify in person as to these facts

28  and opinions.

CASPER, MEADOWS,
SCHWARTZ & COOK
2121 N. California Blvd.
Suite 1020
Walnut Creek, CA  94596

Declaration Of Archie Gore In Opposition To Defendants' Motion F...

1

2
I declare under the penalty of perjury under the laws of the State of California and the

3
United States that the foregoing is true and correct and that I could competently testify in

person as to these facts and opinions.

4

5
Executed at _ANTIOCH_____, California on August _18_, 2008.

6

7

8

9
ARCHIE GORE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CASPER, MEADOWS,
SCHWARTZ & COOK
2121 N. California Blvd.,
Suite 1020
Walnut Creek, CA 94596

Declaration Of Archie Gore In Opposition To Defendants' Motion For Summa...

1

## PROOF OF SERVICE

2    RE:    **Shawn Day, et al. v. County of Contra Costa, et al.**
       **United States District Court Case No. C07-4335-PJH**

3

4         I am a citizen of the United States and am employed in the County of Contra
    Costa, State of California.  I am over eighteen (18) years of age and not a party to the
5    above-entitled action.    My business address is 2121 North California Blvd., Suite
    1020, Walnut Creek, CA 94596.  On the date below, I served the following documents
6    in the manner indicated on the below-named parties and/or counsel of record:

7    **DECLARATION OF ARCHIE GORE IN OPPOSITION TO DEFENDANTS' MOTION**
       **FOR SUMMARY JUDGMENT / SUMMARY ADJUDICATION**

8

9

10    ☐    **U.S. MAIL**, with First Class postage prepaid and deposited in sealed envelopes
         at Walnut Creek, California.
      ☐    **ELECTRONICALLY**, I caused said documents to be transmitted using ECF as
11       specified by General Order No. 45 to the following parties.
      ☐    **FACSIMILE TRANSMISSION** from (925) 947-1131 during normal business hours,
12       complete and without error on the date indicated below, as evidenced by the
         report issued by the transmitting facsimile machine.
13       **Hand-Delivery Via Courier**
      ☒    **Other:** OVERNIGHT **DELIVERY**.  On the date indicated below, I placed a true and
14       correct copy of the aforementioned document(s) in a sealed envelope and/or
         package designated by *Federal Express Priority Overnight*, individually
15       addressed to the parties indicated below, with fees fully prepaid, and caused
         each such envelope and/or package to be deposited for pick-up on the same
16       day by an authorized representative of *Federal Express* at Walnut Creek,
         California, in the ordinary course of business.

17

18    **For Defendants**
    James V. Fitzgerald, III
19    McNamara, Dodge, Ney, Beatty, Slattery & Pfalzer LLP
    1211 Newell Avenue
20    Walnut Creek, CA 94596
    Tel:  (925) 939-5330
21    Fax:  (925) 939-0203

22

23         I declare under penalty of perjury under the laws of the State of California,
    and the United States of America, that the foregoing is true and correct and that I am
24    readily familiar with this firm's practice for collection and processing of documents for
    mailing with the U.S. Postal Service.

25

26    Dated: August 20, 2008                    _Shannon M Bowers_
                                        SHANNON M. BOWERS
27

28

CASPER, MEADOWS,
SCHWARTZ & COOK
2121 N. California Blvd.,
Suite 1020
Walnut Creek, CA  94596
TEL: (925) 947-1147
FAX (925) 947-1131

EXHIBIT 1



LOCATION:  GALLEON WAY | CASE:  STEFFAN DAY | DATE:  AUGUST 17, 2006 | A. R. GORE INVESTIGATIONS
CITY:  PITTSBURG, CA | SCALE:     NOT TO SCALE | DRAWN BY:     A. R. GORE | ANTIOCH, CA  94509