Andrew C. Schwartz (State Bar No. 64578)
Larry E. Cook (State Bar No. 122776)
**CASPER, MEADOWS, SCHWARTZ & COOK**
A Professional Corporation
California Plaza
2121 North California Blvd., Suite 1020
Walnut Creek, California 94596
Telephone:   (925) 947-1147
Facsimile:    (925) 947-1131

Attorneys for Plaintiff
SHAWN DAY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN DAY, individually and as successor in interest to the Estate of Steffen Matthew Day,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF CONTRA COSTA, JOSHUA PATZER, WARREN RUPF, and Does 1 through 50, et al.,<br><br>Defendants. | Case No. C07-4335-PJH<br><br>**DECLARATION OF THOM SEATON IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT / SUMMARY ADJUDICATION**<br><br>Date:       September 10, 2008<br>Time:      9:00 a.m.<br>Judge:     Honorable Phyllis J. Hamilton<br>Dept:       Courtroom 3, 17th Floor (SF) |

I, THOM SEATON, declare as follows:

    1.    I am an attorney at law duly licensed to practice law before all the courts of the State of California and I am a member of the firm Casper, Meadows, Schwartz & Cook, attorneys of record for plaintiffs in this action.

    2.    Attached hereto as **Exhibit 1** is a true and correct copy of Sheriff's Policy And Procedure No. 1.06.61 *Use of Force* produced during discovery to Plaintiff by Defendants.

    3.    Attached hereto as **Exhibit 2** is a true and correct copy of excerpts of the deposition of Deputy Joshua Patzer, taken on May 29, 2008.

    4.    Attached hereto as **Exhibit 3** is a true and correct copy of excerpts of

CASPER, MEADOWS, SCHWARTZ & COOK
2121 N. California Blvd., Suite 1020
Walnut Creek, CA 94596
TEL: (925) 947-1147
FAX (925) 947-1131

the deposition of Roger Clark taken on July 31, 2008.

5. Attached hereto as **Exhibit 4** is a true and correct copy of Deputy Patzer's Administrative Review Interview conducted in August 16, 2006 beginning at 9:17 a.m. and transcribed from the tape furnished by Defendants to Plaintiff during discovery.

6. Attached hereto as **Exhibit 5** is a true and correct copy of the report of the Sheriff's Department Criminalistics Laboratory prepared on or about August 25, 2006, based on inspections conducted on August 15-16, 2006 during the investigation of the shooting and produced during discovery to Plaintiff by Defendants.

7. Attached hereto as **Exhibit 6** is a true and correct copy of excerpts from the Interview of Sergeant Gary Clark conducted by Detective A. Deplitch on August 15, 2006 at 6:40 a.m. during the investigation of the shooting and produced during discovery to Plaintiff by Defendants.

8. Attached hereto as **Exhibit 7** is a true and correct copy of an excerpt from the Continuation/Supplemental Report dated on or about September 8, 2006 by Detective A. Deplitch prepared during the investigation of the shooting and produced during discovery to Plaintiff by Defendants.

9. Attached hereto as **Exhibit 8** is a true and correct copy of testimony of Brian Peterson, M.D., at the Coroner's Inquest which took place on December 20, 2006.

I declare under the penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct and that if called upon to do so, would testify the foregoing facts in Court.

Executed at Walnut Creek, California, on August 20, 2008.

_____
Thom Seaton
CASPER, MEADOWS, SCHWARTZ & COOK

CASPER, MEADOWS, SCHWARTZ & COOK
2121 N. California Blvd., Suite 1020
Walnut Creek, CA 94596
TEL: (925) 947-1147
FAX (925) 947-1131

Declaration Of Thom Seaton In Opposition To Defendants' Motion For Summary Judgment / Summary Adjudication                                                                 Page 2

**PROOF OF SERVICE**

**RE:** Shawn Day, et al. v. County of Contra Costa, et al.
United States District Court Case No. C07-4335-PJH

I am a citizen of the United States and am employed in the County of Contra Costa, State of California. I am over eighteen (18) years of age and not a party to the above-entitled action. My business address is 2121 North California Blvd., Suite 1020, Walnut Creek, CA 94596. On the date below, I served the following documents in the manner indicated on the below-named parties and/or counsel of record:

**DECLARATION OF THOM SEATON IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT / SUMMARY ADJUDICATION**

- [ ] **U.S. MAIL**, with First Class postage prepaid and deposited in sealed envelopes at Walnut Creek, California.
- [ ] **ELECTRONICALLY**, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties.
- [ ] **FACSIMILE TRANSMISSION** from (925) 947-1131 during normal business hours, complete and without error on the date indicated below, as evidenced by the report issued by the transmitting facsimile machine.
- [ ] **Hand-Delivery Via Courier**
- [x] **Other: OVERNIGHT DELIVERY**. On the date indicated below, I placed a true and correct copy of the aforementioned document(s) in a sealed envelope and/or package designated by *Federal Express Priority Overnight*, individually addressed to the parties indicated below, with fees fully prepaid, and caused each such envelope and/or package to be deposited for pick-up on the same day by an authorized representative of *Federal Express* at Walnut Creek, California, in the ordinary course of business.

**For Defendants**
James V. Fitzgerald, III
McNamara, Dodge, Ney, Beatty, Slattery & Pfalzer LLP
1211 Newell Avenue
Walnut Creek, CA 94596
Tel: (925) 939-5330
Fax: (925) 939-0203

I declare under penalty of perjury under the laws of the State of California, and the United States of America, that the foregoing is true and correct and that I am readily familiar with this firm's practice for collection and processing of documents for mailing with the U.S. Postal Service.

Dated: August 20, 2008

_____
SHANNON M. BOWERS