EXHIBIT 4



REPORTER'S TRANSCRIPT OF AUDIORECORDED PROCEEDINGS

INTERVIEW

OF

# DEPUTY JOSHUA PATZER

RE: DAY V. CONTRA COSTA COUNTY

ADMINISTRATIVE REVIEW 2006-30

AUGUST 16, 2006

Transcribed by:   JOHN A. ZANDONELLA, CSR No. C-795



Certified Shorthand Reporters
2321 Stanwell Drive • Concord, CA 94520-4808
P.O. Box 4107 • Concord, CA 94524-4107
(925) 685-6222 • Fax (925) 685-3829

1   DEP. PATZER:  No.

2   INSP. MULLIGAN:  Any military experience?

3   DEP. PATZER:  I was in the marine corps for four
4   years active and four years reserve.

5   INSP. MULLIGAN:  And today -- the incident happened
6   about 1:45 in the morning, what time did you go in to
7   work last night?

8   DEP. PATZER:  I got there about 9:20 for lineup at
9   9:30.

10  INSP. MULLIGAN:  And when was the last time you had
11  anything to sleep -- had been to sleep?

12  DEP. PATZER:  I left work, dayshift, we got off
13  about 3:10, went to my mother's house in Vallejo and
14  slept till, about 8:45 the alarm went off.

15  INSP. MULLIGAN:  And then you went to work.  What
16  kind of uniform were you wearing?

17  DEP. PATZER:  Full sheriff's uniform, short sleeve
18  shirt, khaki, badge, nameplate, full duty leather, black
19  boots and tan pants.

20  INSP. MULLIGAN:  And then your partner tonight, you
21  said was Officer --

22  DEP. PATZER:  Deputy Boehrer.

23  INSP. MULLIGAN:  -- Boehrer.  How long have you
24  guys known each other?

25  DEP. PATZER:  We were in the academy together.

Zandonella REPORTING SERVICE, INC.
Certified Shorthand Reporters
2321 Stanwell Drive • Concord, CA 94520-4808
P.O. Box 4107 • Concord, CA 94524-4107

1  DEP. PATZER: I fall down to my knees. And he kind
2  of falls not all the way down but he's like half the
3  size he is now, kind of --
4  INSP. MULLIGAN: Right.
5  DEP. PATZER: -- scrunched. I lost my light. And
6  we're kind of three feet inside the gate now when we're
7  all said and done. I reach down with my left hand to
8  try to pick up my light 'cause it's pitch black. I
9  can't see my hand.
10  INSP. MULLIGAN: And the suspect at that time, you
11  said he was partially down. Does it sound like he's
12  crouching, or is he just responding to the --
13  DEP. PATZER: Responding to the fall, trying to
14  catch himself. As I'm reaching for the flashlight and
15  holding his shirt, he starts to stand up. So I start to
16  come up, and next thing I know I got hit and my hand
17  kind of pulled him further in front of me.
18  INSP. MULLIGAN: And what did you get hit with?
19  DEP. PATZER: I can't, I didn't see what it was.
20  INSP. MULLIGAN: Where did you get hit?
21  DEP. PATZER: In the head area.
22  DETECTIVE: Did it feel like a fist?
23  DEP. PATZER: It felt like a solid box or punch,
24  but I can't be sure 'cause I couldn't see anything. And
25  I was looking for a light and still trying to hold him.

1   He had put me back on my heels.
2       INSP. MULLIGAN: And you get hit on -- you're
3   pointing to the left side of your head?
4       DEP. PATZER: Yeah.
5       INSP. MULLIGAN: And you think it was the suspect
6   who hit you, do you think you might have banged your
7   head on the --
8       DEP. PATZER: No, I think he hit me, 'cause next
9   thing I knew when I let go and then I went to grab him
10  again, he was facing me at that point and pushing me
11  back.
12      INSP. MULLIGAN: So he hits you in the head. You
13  can feel obviously, it sounds like it's a solid fist.
14  And now he's facing you?
15      DEP. PATZER: Yeah. Well, I grabbed the shirt,
16  thinking he might be -- after he hit me, I thought he
17  would run. So trying to prevent him from fleeing, I
18  thought I was grabbing the back of him. Once I grabbed
19  on to him, I could feel his arms facing me, swinging at
20  me. So I brought my shoulders up.
21      DETECTIVE: So he's still swinging punches at you.
22      DEP. PATZER: Yeah, and pushing me back into the
23  garbage pile of stuff.
24      DETECTIVE: Is he pretty strong?
25      DEP. PATZER: Yeah, he felt like -- as we were

1  INSP. MULLIGAN:  So you guys are still on your
2  feet, though.
3  DEP. PATZER:  I'm starting to lose my footing on
4  the rubble and the plastic stuff back there.
5  I stand up and we're face to face again.  And at
6  this point he comes at me again in a fighting stance,
7  keeps aggressing towards me.  So I go to push him back
8  and I slip again.  And my arm goes down into this pile
9  of rubble.
10  And finally I get my footing enough to where I just
11  push him with all I have to get him away from me.  I
12  don't grab him.  I just make a fist and put my left arm
13  up right to his midsection, push him away.
14  And as I do that, I start to stand up, take a step
15  back, put my hand on my pistol.  And that's when
16  something hits me from behind.  And he grabs, comes at
17  me again.  I pull out my pistol.  I grab to hold onto
18  him and I fire one round.
19  And then I can feel that there's no pressure on my
20  hand anymore.  He's basically gone.
21  I can see where the, my illumination from my
22  flashlight.  I moved the plastic bag that's on it and
23  grab it, try to see who's behind me.  And there's an air
24  conditioner in the window, and I'm assuming that's what
25  I hit.

Zandonella REPORTING SERVICE, INC.
Certified Shorthand Reporters
2321 Stanwell Drive • Concord, CA 94520-4808
P.O. Box 4107 • Concord, CA 94524-4107

1  too.

2     DEP. PATZER: I couldn't see anything. My feet
3  never had a firm setting on anything back there.

4     When I finally did get the light, I had to move a
5  bike and like eight bags just to let people through the
6  gate that we fell through.

7     DETECTIVE: Had all kinds of garbage and junk out
8  there?

9     DEP. PATZER: I know I moved a slide and a bike and
10 a bunch of garbage bags.

11    DETECTIVE: Okay.

12    DEP. PATZER: Yeah.

13    INSP. MULLIGAN: Now, when the shooting -- let's
14 just try to freeze frame that -- are you on your,
15 standing up, or are you actually down so you're in a
16 crouching position? What would be the best way to
17 describe that?

18    DEP. PATZER: I was crouching. I felt something
19 from behind so I ducked down thinking if they're gonna
20 hit me they're gonna swing high, 'cause they can't see
21 either.

22    And I pulled out my weapon and I was crouched like
23 this. And he came back at me, and I fired one shot.

24    DETECTIVE: Crouched, were you still on one knee or
25 just bent down?

Zandonella REPORTING SERVICE, INC.
Certified Shorthand Reporters
2321 Stanwell Drive • Concord, CA 94520-4808
P.O. Box 4107 • Concord, CA 94524-4107

1   DEP. PATZER: Yeah. No, he -- I pulled my gun out
2   to retention and held it in tight, 'cause the last I
3   felt he wasn't far enough away from me to put my arms
4   out, 'cause I'd still have to push him away.
5      As soon as I got my gun here, he comes at me again
6   and I start to lose balance again. And I fire one shot
7   and then the pressure's off my arm.
8      DETECTIVE: So he's driving you backwards as the
9   round goes off?
10     DEP. PATZER: As I go off, he's still pushing me
11  back. I'm not like falling over tilting, but I'm having
12  to walk backwards.
13     Then I fire one round basically point shooting at
14  center silhouette, whatever I have and he -- there's no
15  pressure there.
16     I look around to see who's behind me. I can't see
17  anything but I see the light.
18     INSP. MULLIGAN: Okay.
19     DEP. PATZER: So I pick the garbage bag up. I can
20  see, grab the light. I see the air conditioning. And
21  then I see him on the ground.
22     INSP. MULLIGAN: And the lighting there, except for
23  your flashlight, so -- we're assuming that when you're
24  going towards the suspect, you're going in a northbound
25  direction pretty much, would that be safe to say? And

1  Sheriff's Office, stop resisting.
2      INSP. MULLIGAN: Okay. And did you do that during
3  this one, do you recall?
4      DEP. PATZER: Yes.
5      INSP. MULLIGAN: Okay. Any idea how many times you
6  told him that?
7      DEP. PATZER: I don't know exactly. I'd say about
8  five.
9      INSP. MULLIGAN: Okay. And he continued to advance
10 on you and continued to struggle?
11     DEP. PATZER: Yes.
12     INSP. MULLIGAN: And the way you described your
13 encounter with him, it sounds like he probably punched
14 you in the head once. Were there any other blows that
15 you're aware of, or was it pretty much him pushing you
16 away, trying to advance on you?
17     DEP. PATZER: There was no other punches that were
18 quite as solid, straight --
19     INSP. MULLIGAN: Right.
20     DEP. PATZER: -- hits. The rest were kind of like
21 glances. He was just swinging at me, and I was able to
22 duck and move, so they were just like glancing blows. I
23 could feel his arms skipping by my head. But they, none
24 of them connected like the first one.
25     INSP. MULLIGAN: And then immediately after the

```
 1  STATE OF CALIFORNIA      )
                             ) ss.
 2  COUNTY OF CONTRA COSTA   )

 3

 4       I, JOHN A. ZANDONELLA, do hereby certify:

 5       That I am a Certified Shorthand Reporter of the

 6  State of California, License No. C-795;

 7       That the foregoing pages, 2 through 42, are a true

 8  and correct transcription of the audiorecorded

 9  proceedings furnished to me by the Law Offices of

10  Casper, Meadows & Schwartz, except where noted

11  "unintelligible" or "inaudible."

12       I further certify that I am not interested in the

13  outcome of said matter nor connected with or related to

14  any of the parties of said matter or to their respective

15  counsel.

16       Dated this 18th day of April, 2008, at Concord,

17  California.

18

19

20                    _____

21                    JOHN A. ZANDONELLA, CSR No. C-795

22

23

24

25
```

Zandonella REPORTING SERVICE, INC.
Certified Shorthand Reporters
2321 Stanwell Drive • Concord, CA 94520-4808
P.O. Box 4107 • Concord, CA 94524-4107