# EXHIBIT 6

INTERVIEW WITH DGT. GARY CLARK
Interviewer: Det. Adam Deplitch
08-15-06/6:40 am CT
Case # 06-6425clark
Page 1

# INTERVIEW WITH SGT. GARY CLARK
Q=Det. Adam Deplitch
A=Sgt. Gary Clark

Q: All right this is August 15, 2006. The time is approximately 6:40 in the morning. Present with myself is Detective Mulligan, Detective Pate from the sheriff's department. What we're doing is investigating the officer involved shooting that occurred in the city of Pittsburgh early this morning. Um my understanding is-is you were on supervisor for the sheriff's department when this incident happened and responded to the scene.

A: Yes.

Q: If you could just explain to me what-what you're role was in this incident and what if anything you may have saw.

A: Uh I responded to the location, got there on scene um, lot of Pittsburgh officers were running because we got the wrong address, the wrong house at first. And I could hear someone screaming from a backyard, "I'm over here, I'm over here." And I saw Deputy Patzer standing there in a panic still. And uh I saw I guy laying on the ground. And uh Patzer said he'd been shot. And so I checked the guy and I saw one what appeared to be a gun shot wound to the abdomen. I went back out, called for the fire to come in. And uh went back in the backyard, talked to Patzer who was still calling for cover event though we were already there.

Q: He was very shaken up?

A: He was very shaken up, very shaken up. He kept saying, "I need help, I need help. Come back here the guy's here." And we were all right there with him.

Man: Was this on the radio here or he's just yelling?

A: He's just yelling when we're standing right there with him.

Man: Okay.

A: He's zoned out is what it was, is what it looked like to me, he was zoned out.

| | | |
|---|---|---|
| 46 | | |
| 47 | Man: | Mm-hm. |
| 48 | | |
| 49 | A: | I don't think he saw us. |
| 50 | | |
| 51 | Q: | Okay did they advise what — prior to all this even happening what was it a |
| 52 | | car stop or was it – what was – what took place? |
| 53 | | |
| 54 | A: | I couldn't hear anything they said. The only thing I heard was shots fired, |
| 55 | | man down. |
| 56 | | |
| 57 | Q: | Cause the reason I ask is when we were listening to the-the dispatch tape and I |
| 58 | | don't know if you guys heard it or not but all you could hear is the "shots |
| 59 | | fired." That's like the first thing that came out. |
| 60 | | |
| 61 | A: | That's all I heard I was sitting at the 9-11 on Port Chicago, and I heard them |
| 62 | | do a traffic stop prior to this one. |
| 63 | | |
| 64 | Q: | Mm-hm. |
| 65 | | |
| 66 | A: | And so I was like okay they cleared that so nothing was happening. And next |
| 67 | | thing you know I hear them screaming. And I didn't know if it was our guys |
| 68 | | or it was Pittsburgh. |
| 69 | | |
| 70 | Q: | Right. |
| 71 | | |
| 72 | A: | Because they didn't identify themselves and they was kind of broken. |
| 73 | | |
| 74 | Q: | You just heard someone yelled "shots fired." |
| 75 | | |
| 76 | A: | Yeah "shots fired, I need help, officer-man down." |
| 77 | | |
| 78 | Q: | What uh you're – are you the supervisor for Bay Point area? |
| 79 | | |
| 80 | A: | Yeah. |
| 81 | | |
| 82 | Q: | What time do they start? |
| 83 | | |
| 84 | A: | What time do they come on duty? |
| 85 | | |
| 86 | Q: | The deputies, yeah. |
| 87 | | |
| 88 | A: | We come on duty at 9:30. |
| 89 | | |
| 90 | Q: | 9:30 in the evening? |

INTERVIEW WITH DGT. GARY CLARK
Interviewer: Det. Adam Deplitch
08-15-06/6:40 am CT
Case # 06-6425clark
Page 3

| | | |
|---|---|---|
| 91 | | |
| 92 | A: | Yeah. |
| 93 | | |
| 94 | Q: | And uh Patzer and (Vorhower) were doubled up. |
| 95 | | |
| 96 | A: | Yes Patzer owed and day back to the county, you know we had that make up |
| 97 | | date. |
| 98 | | |
| 99 | Q: | Right. |
| 100 | | |
| 101 | A: | Because of the (unintelligible) work, so his day was tonight and he was doing |
| 102 | | a ride along with (Jason). And they're friends, I mean, you know, he's done it |
| 103 | | before. |
| 104 | | |
| 105 | Man: | A four shift and Patzer's assigned to the jail, is that right? |
| 106 | | |
| 107 | A: | Yes. |
| 108 | | |
| 109 | Man: | He comes and works overtime. |
| 110 | | |
| 111 | A: | Yes, yes. |
| 12 | | |
| 113 | Man: | Okay. |
| 114 | | |
| 115 | A: | Oh it's not overtime for him it's – you know how you got... |
| 116 | | |
| 117 | Q: | He owes but he's not assigned to patrol right now is he? |
| 118 | | |
| 119 | A: | No he's assigned to the jail. |
| 120 | | |
| 121 | Q: | Four hours assigned to patrol. |
| 122 | | |
| 123 | A: | Patrol yeah. |
| 124 | | |
| 125 | Q: | Okay. |
| 126 | | |
| 127 | A: | (Jason)'s on patrol, (Jason Vorhower), Joshua Patzer. |
| 128 | | |
| 129 | Q: | You know who was uh driving? |
| 130 | | |
| 131 | A: | I believe uh (Vorhower) was driving. |
| 132 | | |
| 133 | Q: | Patzer was the passenger. |
| 34 | | |
| 135 | A: | Yeah. |

IN.  VIEW WITH DGT. GARY CLARK
Interviewer: Det. Adam Deplitch
08-15-06/6:40 am CT
Case # 06-6425clark
Page 4

| | | |
|---|---|---|
| 137 | Q: | Um so you get there you just hear a shots fired call and then can you hear them announcing where this is at or-or? |
| 140 | A: | I heard a partial street and I didn't – I wasn't familiar with the street because I wasn't familiar with those streets in Pittsburgh. I knew (Schooner) and there was another street that they-they yelled out. So I knew (Schooner) I knew kind of where that one was. Because initially when they said man down I didn't know where they were. And I even asked the dispatcher I said, "Where they at?" And they said that (Galagos) or whatever street that was. |
| 147 | Q: | (Galleon) – (Galleon) Way. |
| 149 | A: | Yeah I didn't – I never heard of the street. |
| 151 | Q: | Okay. |
| 153 | A: | So I was like oh man give me a cross street. So they said (Schooner) and something else and I knew where that was. So I started in that direction and then once I got up there I saw the Pittsburgh cars, so I just got in behind them and we all got there at the same time. |
| 158 | Q: | You came right behind Pittsburgh PD. |
| 160 | A: | Mm-hm. |
| 162 | Q: | When you got there was – where was uh was it Vor – I'm sorry? |
| 164 | A: | (Vorhower). |
| 166 | Q: | (Vorhower)? |
| 168 | A: | He was two houses down in the driveway with the other two guys – the other two bad guys, suspects. |
| 171 | Q: | And then – in the suspect vehicle? |
| 173 | A: | They were on the ground? |
| 175 | Q: | They were – had already been taken out? |
| 177 | A: | Mm-hm. |
| 179 | Q: | Okay um and Patzer you couldn't see him at this point? |

| | | |
|---|---|---|
| 181 | A: | No when I got there we kind of cut through this other yard trying to because we didn't know which house he was in you know cause all you could hear was ... |
| 185 | Q: | You mentioned you hear someone yelling. |
| 187 | A: | He was yelling, yeah, "I'm back here. I'm back here." And so we cut through the yard, trample some hedges and-and get in the back gate and there he is standing there. And you know it's pitch black back there, you know, we put the flashlight down on him and there's the guy laying there up against the wall, you know. But he's got his hand like under here, he's laying on his back or kind of like on his side and he's looking up and then we couldn't clear his hands, so I just reached down there and patted him down real quick and pulled his arm out from under him. And then I ran back out and called for the ambulance again. And then I ran down to see if Jason was okay, I saw he was okay. So I ran back to the other house and I got Josh Patzer, I told him to come out and put him over there and put him over there in the patrol car. I told him not to talk to anybody or say anything. |
| 200 | Q: | Did-did you do any type of a public safety uh statement – just – a public safety statement from him or did he say what he did? |
| 203 | A: | No. |
| 205 | Q: | Or-Patzer? |
| 207 | A: | No. At the time he didn't make any statements and he just looked really, really um he just looked real bad you know. Almost like he, he almost looked like he was gonna cry. You know. |
| 211 | Q: | He was very-very upset. |
| 213 | A: | He was very upset you know and-and (Jason) looked the same way. I mean he was holding his gun on these two guys. And there was like six Pittsburgh guys on these two guys so I didn't even get in there. I just went back to the down guy. |
| 218 | Q: | What uh-um with Patzer was he – did have any – did you notice any injuries? Or did he ... |
| 221 | A: | He had a big. |
| 223 | Q: | Or did he mention any injuries or? |
| 225 | A: | He had a big – he had a big knot right on the top of his head there. |

INTERVIEW WITH DGT. GARY CLARK
Interviewer: Det. Adam Deplitch
08-15-06/6:40 am CT
Case # 06-6425clark
Page 6

| | | |
|---|---|---|
| 226 | | |
| 227 | Q: | Did he make any reference that he was hurt? |
| 228 | | |
| 229 | A: | No. |
| 230 | | |
| 231 | Q: | He just looked very shooken up? |
| 232 | | |
| 233 | A: | Yeah because he just kept holding his head and just was shaking his head. He |
| 234 | | wouldn't say anything and just kept shaking his head. He just looked really |
| 235 | | bad. |
| 236 | | |
| 237 | Q: | Um did he look like his uniform did he look like he'd been-been involved in |
| 238 | | any type of altercation. |
| 239 | | |
| 240 | A: | He was a little bit disheveled. |
| 241 | | |
| 242 | Q: | His uniform was? |
| 243 | | |
| 244 | A: | Yeah disheveled. |
| 245 | | |
| 246 | Q: | Like he'd been fighting with a – with a guy? |
| 247 | | |
| 248 | A: | Yeah his shirt was a little messed up. |
| 249 | | |
| 250 | Q: | Okay um what about the guy that had-had been shot? What – what other than |
| 251 | | him just laying there did he make any? Did he say anything or? |
| 252 | | |
| 253 | A: | He didn't say anything we kept trying to get his name, he wouldn't say |
| 254 | | anything to us. |
| 255 | | |
| 256 | Man: | Could you tell if he was still breathing? |
| 257 | | |
| 258 | A: | He was still breathing because he was kind of moving while he was down |
| 259 | | there. He was moving real slow. |
| 260 | | |
| 261 | Man: | He was nonresponsive to any verbal commands. |
| 262 | | |
| 263 | A: | Yeah, yeah and then because I was – I kept putting a light in his face and I |
| 264 | | kept yelling at him, you know, "Stay with me. Stay with me." |
| 265 | | |
| 266 | Man: | Was his eyes opened? |
| 267 | | |
| 268 | A: | Yeah his eyes stayed open you know. |
| 269 | | |
| 270 | Man: | What about uh do you notice if he was bleeding or not. |

INTERVIEW WITH DGT. GARY CLARK
Interviewer: Det. Adam Deplitch
08-15-06/6:40 am CT
Case # 06-6425clark
Page 7

| | | |
|---|---|---|
| 272 | A: | Oh he was bleeding. |
| 274 | Q: | What – did you where he was bleeding from? |
| 276 | A: | Right from his stomach – right-right by the lower stomach because his t-shirt was ripped I believe and it was kind of like up here over him so you could see his stomach a little bit. |
| 280 | Q: | Mm-hm. |
| 282 | A: | And so I pulled it up to see where he was actually hit and it was right there in his lower stomach. |
| 285 | Q: | Um so after you go see the suspect you come back out and now is anyone with Patzer? Is he by himself out in the street or? |
| 288 | A: | I put him to the car and then a Pittsburgh officer stays with him. |
| 290 | Q: | Okay. |
| 292 | A: | Don't – don't let him talk to anybody or you know. |
| 294 | Q: | Right. Um. |
| 296 | A: | And he just kind of sat – I told him to sit in the car. And he didn't want to sit in the car, he said he was dizzy, he wanted to stand up. |
| 299 | Q: | Um from when the-the call comes out you hear the shots fired where are you at? I mean where are you – are you in Bay Point? |
| 302 | A: | Yeah I'm in Bay Point at the uh 7-11 on Port Chicago Highway. |
| 304 | Q: | Okay. You know how long it took you to get on scene? You remember? |
| 306 | A: | It might be two minutes. |
| 308 | Q: | Okay so relatively quick? |
| 310 | A: | Yeah it was pretty fast. |
| 312 | Q: | And did uh (Vonhow) did he make any reference that he and uh Patzer had spoke or had any conversation prior to getting on scene or anything like that? |
| 315 | A: | Mm-mm. |

0000608

INTERVIEW WITH DGT. GARY CLARK
Interviewer: Det. Adam Deplitch
08-15-06/6:40 am CT
Case # 06-6425clark
Page 8

| | | |
|---|---|---|
| 316 | | |
| 317 | Q: | Did you – did you talk to (Von Hower) at all? |
| 318 | | |
| 319 | A: | Hm, (Vorhower) and ask him. |
| 320 | | |
| 321 | Q: | (Vorhower) I'm sorry. |
| 322 | | |
| 323 | A: | And asked him what happened. |
| 324 | | |
| 325 | Q: | What did he say? |
| 326 | | |
| 327 | A: | He said they saw this car, they saw two cars on (Balcluta) is what he said. |
| 328 | | And um he said one car was following the other car way too close so they |
| 329 | | thought maybe the second car was deuce and he was trying to focus on the-the |
| 330 | | lead car's taillights. Just to you know how drunk people zero in on the red |
| 331 | | taillights. |
| 332 | | |
| 333 | Q: | Mm-hm. |
| 334 | | |
| 335 | A: | So that's what they thought that-that he was doing so they follow him for a |
| 336 | | little while plus the second car did have a taillight our, which turned out to be |
| 337 | | the suspect vehicle he had a taillight out. So they follow him up (Balcluta) |
| 338 | | and they get close to another street and they put the lights on him and the guy |
| 339 | | just takes off. So it's not a real high speed take off but it was fast enough so |
| 340 | | they can try to get a little distance between (Vorhower)'s car and their car. |
| 341 | | |
| 342 | Q: | Mm-hm. |
| 343 | | |
| 344 | A: | So they get a little distance and then they come around the corner on — I can't |
| 345 | | think of the name of that street again. |
| 346 | | |
| 347 | Q: | (Galleon). |
| 348 | | |
| 349 | A: | (Galleon) and they swoop into the first driveway. As soon as they make the – |
| 350 | | I guess it would be a left they swoop into the first house on the left hand side. |
| 351 | | And (Vorhower) are like they don't live in that house. So their car is parked |
| 352 | | in the street and the car is in the driveway. And so they get out and walk up to |
| 353 | | the car and while they walking up to the car these guys are … |
| 354 | | |
| 355 | Q: | And what do you mean when you're saying they get out? Meaning |
| 356 | | (Vorhower) said he and Patzer got out to contact … |
| 357 | | |
| 358 | A: | Yeah they both got out … |
| 359 | | |
| 360 | Q: | To contact this –the (unintelligible). |

| | | |
|---|---|---|
| 361 | | |
| 362 | A: | To contact – mm-hm- there's three guys in the car and they're looking back at |
| 363 | | (Vorhower) and Patzer and they're moving too much. So obviously |
| 364 | | (Vorhower) says he's thinking they must have a weapon or something they're |
| 365 | | trying to hide in that car right now. |
| 366 | | |
| 367 | Q: | Mm-hm. |
| 368 | | |
| 369 | A: | And so they do the go on each side. |
| 370 | | |
| 371 | Q: | Did he say did – he say – did he go – the being that he was being the driver of |
| 372 | | the car, (Vorhower) … |
| 373 | | |
| 374 | A: | He said he went to the driver's side and Patzer was on the passenger side. |
| 375 | | |
| 376 | Q: | Okay. |
| 377 | | |
| 378 | A: | And they didn't feel comfortable with the driver so they brought the driver out |
| 379 | | of the car and put him on the hood you know. Put your hands on the hood. |
| 380 | | |
| 381 | Q: | On the hood of? |
| 82 | | |
| 383 | A: | On the … |
| 384 | | |
| 385 | Man: | Suspect car. |
| 386 | | |
| 387 | A: | Suspect vehicle and said he sat there for maybe a second or two and-and he |
| 388 | | took off running. |
| 389 | | |
| 390 | Q: | The driver did? |
| 391 | | |
| 392 | A: | Yeah Patzer took off after him, hopped one fence, went into that front yard, |
| 393 | | | came out of the driveway area, ran up the driveway of the other house and |
| 394 | | went in the backyard. And that's … |
| 395 | | |
| 396 | Q: | And that's when he lost sight of him? |
| 397 | | |
| 398 | A: | Mm-hm. |
| 399 | | |
| 400 | Q: | Did he mention – did he a-a shot go off or did he? |
| 401 | | |
| 402 | A: | He went back and had the other two at gunpoint. |
| 403 | | |
| 04 | Q: | Mm-hm. |
| 405 | | |

Case 3:07-cv-04335-PJH   Document 30-7   Filed 08/20/2008   Page 11 of 20

INTERVIEW WITH DGT. GARY CLARK
Interviewer: Det. Adam Deplitch
08-15-06/6:40 am CT
Case # 06-6425clark
Page 10

| | | |
|---|---|---|
| 406 | A: | And then he heard the pop is what he said. He said, "I heard a pop." And then he told the other guys, "Don't move." |
| 409 | Q: | Um did he – did he mention anything about hearing uh Patzer yell or indicate that he's been in a fight or? |
| 412 | A: | Mm-mm. |
| 414 | Q: | Just hears – sees the guy take off? Did he say how long, how much time had passed? |
| 417 | A: | No. |
| 419 | Q: | Just heard the single shot. |
| 421 | A: | Single shot and they were – like I said they were one house, another house, and then Patzer's at this house. |
| 424 | Q: | Um based on the-the car stop did he just sound like he was more uh more relatively quick once they hit the lights. I mean they made a couple turns, I mean it hadn't been. |
| 428 | A: | I don't think they chance to get out that they were going to go 1195 or 1196 on this car, just … |
| 431 | Q: | This car (unintelligible) relatively quick. |
| 433 | A: | Mm-hm. |
| 435 | Q: | Uh and then once uh the medical was there – they arrived on the scene. |
| 437 | A: | Oh medical took a long time to get to the scene. They took over 10 minutes to get to the scene. Now if you check the call the call came out at 1:46 – 1:47 and at the same time Patzer says, "Man down start fire and ambulance." |
| 441 | Q: | Right. |
| 443 | A: | It's right up at the top there. And they say, "Fire and ambulance is stage you know whatever." And so when I come back out, I say I need an ETA from fire and ambulance. When I come back out again and I say they're still not here. Where are they? So I don't know exactly when they got scene. I know somebody said, "Fire and ambulance scene." |
| 449 | Q: | Right. |

INTERVIEW WITH DGT. GARY CLARK
Interviewer: Det. Adam Deplitch
08-15-06/6:40 am CT
Case # 06-6425clark
Page 11

| | | |
|---|---|---|
| 451 | A: | But they didn't put that in the call. And I think the last time I said something about fire and ambulance was at like um 1:50 or something. |
| 454 | Q: | Yeah. |
| 456 | A: | 1:51. And that's when uh they still weren't there and they said they were five blocks out, when initially the said they were staging. So I'm thinking if they're staging they should be like right around the corner somewhere and it should ... |
| 461 | Q: | There it is. |
| 463 | A: | ...take them a minute or two to get there. And it (unintelligible). |
| 465 | Man: | Yeah 1:55 is says they're five blocks out, fire says that. |
| 467 | A: | Yeah. Yeah. And he put that call out at 1:5-1:46. |
| 469 | Q: | Right. |
| 471 | A: | So you're talking 10 minutes right there. And then they're five blocks out, then they still weren't five blocks out because I didn't hear their siren. And then finally they got there and they got out kind of nonchalant and I was kind of annoyed that they were taking so ... |
| 476 | Q: | Took so long. |
| 478 | A: | Yeah and then they were just taking their time getting off the truck. The only that had any concern or any urgency was the uh the girl from AMR. You know she was trying to get the gurney out and get all of her stuff real fast. Her partner was moving slow, the fire dudes were moving slow. And I said, "Hey you know this guy back here is going to bleed out on us. Man can we step it up a little bit?" So then they kind of walk back there. You know when we got back there you could you look at his eyes and. |
| 486 | Q: | Was he – when you guys walked back there again was he still breathing? |
| 488 | A: | Barely. Barely and that's ... |
| 490 | Q: | So he-he just wasn't – was he nonresponsive still? |
| 492 | A: | No I-I had my flashlight right in his face and I was yelling at him again to stay with me, stay with me. And he ... |
| 495 | Q: | Didn't make any ... |

0000613

IN..RVIEW WITH DGT. GARY CLARK
Interviewer: Det. Adam Deplitch
08-15-06/6:40 am CT
Case # 06-6425clark
Page 12

| | | |
|---|---|---|
| 496 | | |
| 497 | A: | ...made one motion. |
| 498 | | |
| 499 | Q: | What'd he do? |
| 500 | | |
| 501 | A: | Like this and he looked up but he-he wasn't looking at anything. |
| 502 | | |
| 503 | Q: | Sure. |
| 504 | | |
| 505 | A: | He just had that glazed look. |
| 506 | | |
| 507 | Man: | Was he still laying on his stomach or side or side area. |
| 508 | | |
| 509 | A: | Same position. |
| 510 | | |
| 511 | Man: | He hadn't moved. |
| 512 | | |
| 513 | A: | No. |
| 514 | | |
| 515 | Man: | Did he – did he say anything? |
| 516 | | |
| 17 | A: | Nope nothing and then when I did that, I moved out of the way so |
| 518 | | (unintelligible) and the fire guys could do their thing. |
| 519 | | |
| 520 | Q: | Um and then after they get him transported. |
| 521 | | |
| 522 | A: | Mm-hm. They said they were going to take him to Mt. (Di) and so we're |
| 523 | | under the impression that he's going to Mt. (Di) so I send a deputy with him. |
| 524 | | And Pittsburgh sends a deputy-an officer to follow the ambulance to Mt. (Di), |
| 525 | | turns out they went to (Sudder Hilton). |
| 526 | | |
| 527 | Q: | Right. Um what about did – and did – was your involvement with getting the |
| 528 | | officer sequestered did you assist with our sergeant or? |
| 529 | | |
| 530 | A: | Yeah I can't pronounce your sergeant's name. |
| 531 | | |
| 532 | Q: | Albanese. |
| 533 | | |
| 534 | A: | Yeah. |
| 535 | | |
| 536 | Q: | Okay. |
| 537 | | |
| 538 | A: | And we decided to take our guys over to here and uh I walked Patzer down, I |
| 539 | | think (Glazer) brought over, I'm not sure though. |
| 540 | | |

INTERVIEW WITH DGT. GARY CLARK
Interviewer: Det. Adam Deplitch
08-15-06/6:40 am CT
Case # 06-6425clark
Page 13

| | | |
|---|---|---|
| 541 | Q: | Yeah I believe that's ... |
| 542 | | |
| 543 | A: | Yeah. |
| 544 | | |
| 545 | Q: | But that's... |
| 546 | | |
| 547 | A: | We left the canine car there and I walked him all the way back down to the |
| 548 | | corner, put him the car and then he drove him over here and I don't know who |
| 549 | | brought (Vorhowerer) over here. |
| 550 | | |
| 551 | Q: | Captain. |
| 552 | | |
| 553 | Man: | Do you know if they had spoke with any officers on scene? |
| 554 | | |
| 555 | A: | Those two? |
| 556 | | |
| 557 | Man: | Yeah. |
| 558 | | |
| 559 | A: | No I don't think so. |
| 560 | | |
| 561 | Man: | Okay. |
| 562 | | |
| 563 | A: | No. |
| 564 | | |
| 565 | Q: | All right you got it all? |
| 566 | | |
| 567 | Man: | Did you – (unintelligible) could you go through a sequence one more time, |
| 568 | | when you first get there, I understand that the activity's is going on over at 36 |
| 569 | | which is where you know (Vonhower)'s got the two suspects in the vehicle. |
| 570 | | |
| 571 | A: | Mm-hm. |
| 572 | | |
| 573 | Man: | Were you the first one in the backyard? |
| 574 | | |
| 575 | A: | Uh I was. |
| 576 | | |
| 577 | Man: | Uh do you know how many other officers were ahead? |
| 578 | | |
| 579 | A: | Two officers were ahead of me, two Pittsburgh officers were ahead of me. |
| 580 | | |
| 581 | Man: | Well when you were on the streets though you heard? |
| 582 | | |
| 583 | A: | The shots fired call. |
| 584 | | |
| 585 | Man: | Yeah. |

INTERVIEW WITH DGT. GARY CLARK
Interviewer: Det. Adam Deplitch
08-15-06/6:40 am CT
Case # 06-6425clark
Page 14

| | | |
|---|---|---|
| 587 | A: | Yeah shots fired man down. |
| 589 | Man: | When you were out on the actual street there, over on (Galleon) you could hear him in the back yelling. |
| 592 | A: | I could hear yelling, "I'm over here, I'm over here." |
| 594 | Man: | And he was still yelling even though the Pittsburgh officers were there and you were on scene. |
| 597 | A: | We me and the Pittsburgh guys got in the back, ran in the backyard, at the same time. And he was still yelling, you know, "I need some help. I need some help. He's right there. He's right there." |
| 601 | Man: | Kind of would it be safe to say he's like oblivious to you at the time? |
| 603 | A: | Exactly. |
| 605 | Man: | Okay. |
| 607 | A: | Like I said, he didn't see us even though we were right there you know. And he was pointing to the guy, "He's right there. He's right there." And we all had our flashlights on back there we knew the guy was right there. |
| 611 | Man: | And I went up the scene – I don't have a real good, didn't actually into it, I just went in the front of it – where was the suspect on the other side of the fence right close to the fence near the air conditioner or was he further back in the yard. |
| 616 | A: | Further back from there. |
| 618 | Man: | How far back like from that air conditioning unit? |
| 620 | A: | Maybe three feet back. |
| 622 | Man: | Okay so still pretty close to that. And do you know – did the deputy hit his head on the air conditioner or? |
| 625 | A: | Yes he said he bumped on his head on – on the corner of the air conditioner, he had a nice goose egg up there. |
| 628 | Man: | And so you're in contact with the deputy with Patzer then. |
| 630 | A: | Mm-hm. |

Case 3:07-cv-04335-PJH   Document 30-7   Filed 08/20/2008   Page 16 of 20

INTERVIEW WITH DGT. GARY CLARK
Interviewer: Det. Adam Deplitch
08-15-06/6:40 am CT
Case # 06-6425clark
Page 15

| | | |
|---|---|---|
| 631 | | |
| 632 | Man: | What exactly did he tell you – is that the only thing he mentioned that he hit |
| 633 | | his head or … |
| 634 | | |
| 635 | A: | He said he-he hopped the fence and he was chasing this guy and he said when |
| 636 | | he went through the fence he said the guy was waiting for him right there. He |
| 637 | | thought the guy was gonna was keep running. So he was prepared to run but |
| 638 | | when he went through the little raggedy gate the guy was right there and the |
| 639 | | fight was on. And he said the next thing he knew the guy was on top of him, |
| 640 | | literally on top of him fighting not figuratively. And then he said that's all he |
| 641 | | remembered he didn't remember hitting his head on that air conditioning. |
| 642 | | |
| 643 | Man: | Did he make any comments or gestures about anybody going for his weapon? |
| 644 | | |
| 645 | A: | Not to me he didn't. |
| 646 | | |
| 647 | Man: | Did he appear as though he was scared? |
| 648 | | |
| 649 | A: | He still appeared – yeah he was – he was out of it. |
| 650 | | |
| 651 | Man: | Okay. |
| 652 | | |
| 653 | A: | And he said, I don't-I don't even remember. All I did was I heard the pop and |
| 654 | | that's all I remember. |
| 655 | | |
| 656 | Man: | Where was his gun when you got there? |
| 657 | | |
| 658 | A: | In the holster. |
| 659 | | |
| 660 | Man: | So when does he tell you this? Is this when you're over at the vehicles? |
| 661 | | Patzer we're talking about? Does Patzer tell you this? |
| 662 | | |
| 663 | A: | Oh this is after I took him over to the vehicle and all this other stuff was going |
| 664 | | on and I talked to (Vohower) first and I got (Vohower) to give me the reader's |
| 665 | | digest version of happened. I put (Vohower) back over in his car and I come |
| 666 | | up and I say, "Okay Patzer what – give me a just brief." |
| 667 | | |
| 668 | Man: | Right. |
| 669 | | |
| 670 | A: | (Unintelligible) of what happened and that's what he told me. |
| 671 | | |
| 672 | Man: | And just to recap what he told you then, he said that he was hopping the fence |
| 673 | | after the guy. The guy went over and apparently he was surprised when he |
| 674 | | gets through the fence – did he say he goes over the fence or through it? |
| 675 | | |

INTERVIEW WITH DGT. GARY CLARK
Interviewer: Det. Adam Deplitch
08-15-06/6:40 am CT
Case # 06-6425clark
Page 16

| | | |
|---|---|---|
| 676 | A: | He went over the first fence. |
| 678 | Man: | Okay. |
| 680 | A: | And then he runs down the driveway of the second house, back up the driveway to the third house which is where that gate was. And it's just a piece of plywood ... |
| 684 | Man: | Yes. |
| 686 | A: | Gate. And he just assumed the guy was gonna be running. |
| 688 | Man: | Keep going. |
| 690 | A: | But he wasn't. When he pushed the gate was open he was standing right there. |
| 693 | Man: | And what did he say, "the fight was on?" |
| 695 | A: | He said the guy was right on and the fight was on. |
| 697 | Man: | And did he – I'm – I'm not sure if one of the detectives asked this but he – did he ever say Patzer that the guy made any motions for his gun or did he motion towards his gun or? |
| 701 | A: | No he didn't say anything about the gun to me. |
| 703 | Man: | Did he tell you how long the fight lasted or anything like that or just said the fight was on and? |
| 706 | A: | Mm-mm. He just said the fight was on. |
| 708 | Man: | Okay. |
| 710 | A: | Saying the guy was on top of me. |
| 712 | Man: | Did he make any comments about being punched with fists or anything like that. |
| 715 | A: | Mm-mm. |
| 717 | Man: | Any hand gestures like the fight was on? |
| 719 | A: | Nope, he just said, "The fight was on. The guy was on top of me." That's all he kept saying. |

INTERVIEW WITH DGT. GARY CLARK
Interviewer: Det. Adam Deplitch
08-15-06/6:40 am CT
Case # 06-6425clark
Page 17

| | | |
|---|---|---|
| 722 | Man: | And when did he tell you that he didn't remember then. He said he didn't remember what exactly happened but the gun went off. |
| 725 | A: | When he told me about the fight. |
| 727 | Man: | Okay. |
| 729 | A: | This is after I went and talked to him after I talked to (Vohower). |
| 731 | Man: | Okay and do you know is that before Sergeant Albanese spoke to him or is that after. Do you know? Because it looks like you may have talked to him once Albanese did. |
| 735 | A: | I don't um know when Albanese talked to him. |
| 737 | Man: | When you did – when you got there was Sergeant Albanese was already there? |
| 740 | A: | We got there about the same time. |
| 742 | Man: | Same time. |
| 744 | A: | But see I think Albanese went down to talk with or he didn't go to talk – he went down to … |
| 747 | Man: | When you went to talk to (Vohower) first |
| 749 | A: | Yeah. |
| 751 | Man: | And when you got there was the suspect already handcuffed? |
| 753 | A: | No he was still laying like kind of weird position and I pulled his arms out and then when I went back in the backyard somebody had handcuffed him. |
| 756 | Man: | That's all I have. Is anything we-we didn't ask you that we should have or anything else that you think might be important? |
| 759 | A: | Um he said he only shot off one round and it's-it's a lot of times when people say they only shot one round you-you go back and check and they've shot like 15. |
| 763 | Man: | Right. |

INTERVIEW WITH DGT. GARY CLARK
Interviewer: Det. Adam Deplitch
08-15-06/6:40 am CT
Case # 06-6425clark
Page 18

| | | |
|---|---|---|
| 765 | A: | But he knew he only shot one round? And I said, "Well where'd you – |
| 766 | | where'd you shoot it?" And he said, "I got him in the stomach." |
| 767 | | |
| 768 | Man: | And this is when he was describing the fight? |
| 769 | | |
| 770 | A: | No this is when he was in the backyard. |
| 771 | | |
| 772 | Man: | When you first went back there? |
| 773 | | |
| 774 | A: | When I first went back there and he said, "I shot him." I said, "Well where'd |
| 775 | | you shoot him?" Cause the guy was laying then, so he said, "I shot him in the |
| 776 | | stomach." |
| 777 | | |
| 778 | Man: | This is when you're still in the backyard? |
| 779 | | |
| 780 | A: | Mm-hm. |
| 781 | | |
| 782 | Man: | Okay. |
| 783 | | |
| 784 | A: | So I pulled his little shirt up a little bit cause you could see his stomach was |
| 785 | | bleeding anyway and I pulled the shirt up and you could see the gunshot |
| 786 | | wound. |
| 787 | | |
| 788 | Man: | Just one gunshot. |
| 789 | | |
| 790 | A: | Just one. |
| 791 | | |
| 792 | Man: | And then (Vorhowerer) said he also just heard? |
| 793 | | |
| 794 | A: | Heard on pop. |
| 795 | | |
| 796 | Man: | One pop. |
| 797 | | |
| 798 | A: | (Unintelligible). |
| 799 | | |
| 800 | Man: | Now the second statement so that's all he heard at the back, the second |
| 801 | | statement you took from him was actually at the car? |
| 802 | | |
| 803 | A: | Mm-hm. |
| 804 | | |
| 805 | Man: | That's all I have. |
| 806 | | |
| 807 | Man: | That's all I have. |
| 808 | | |
| 809 | Q: | (Unintelligible) thank you sir. |

810
811  A:         All right.
812
813
814  This transcript has been reviewed with the audio recording submitted and it is an accurate
815  transcription.
816  Signed:_____

0000620