EXHIBIT 7

# PITTSBURG POLICE DEPARTMENT
## PITTSBURG, CALIFORNIA
### CONTINUATION/SUPPLEMENTARY REPORT

| | |
|---|---|
| Case No. | C06-6425 |
| CII Use Only | |
| Page No. | 17 |

[X] FELONY  [ ] GENERAL  [ ] ORIGINAL  [X] SUPPLEMENT

| Code Sect/Incident | Victim (Last Name First) | Address | Telephone No. |
|---|---|---|---|
| PC 245(c) | Deputy Patzer, Joshua Badge # 62884 | Contra Costa County Sheriff's Office 1980 Muir Rd. Martinez, Ca | 313-2600 |

He then heard just moments after Deputy Patzer began to chase Day, a single gunshot being fired from the direction that Day and Deputy Patzer had fled to. After hearing the shot he maintained his position of cover and waited for additional officers to arrive.

After being informed of the listed information from Deputy Vorhauer he ran back to Deputy Patzer's location. He arrived moments later and noted that Deputy Patzer appeared to be "Zoned out" and was still obviously upset as if he was going to start crying. He also noted at this time that Deputy Patzer had a contusion on his forehead and that his uniform appeared to be in slight disarray; meaning his uniform shirt was slightly untucked.

He subsequently asked Deputy Patzer how he sustained the injury to his head. In response to this Deputy Patzer told him that he believed that he struck his head on the air conditioning unit that was on the side of the residence.

Moments later he escorted Deputy Patzer from the side yard of 26 Galleon Way to a Pittsburg Police vehicle that was parked on Galleon Way. While walking to the police vehicle, Deputy Patzer told him that during the incident he chased the suspect through a fence and while doing this the suspect (Steffen Day) was waiting for him on the opposite side of the fence. Deputy Patzer further stated that the suspect (Day) attacked him and that during the struggle with Day, Day was "On top of him". Additionally Deputy Patzer stated that during the struggle with Day he fired his handgun.

| Investigating Officer: Det. A Deplitch #223 | Assisting Officer/s: | Processed by: CONTROLLED DOCUMENT | Date and Time: |
|---|---|---|---|
| Comments: | | Reviewed by: JAN 0 5 2007 PITTSBURG POLICE DEPARTMENT | Date and Time: |
| Assigned: [ ] Patrol [ ] Traffic [ ] Inv. [ ] Juv. | Copies To: [ ] Patrol [ ] Inv. [ ] Adm. Ser. [ ] Chief [ ] D.A. [ ] CII [ ] Other | | [ ] Case Closed |

00000402