# EXHIBIT 8

1       CORONER'S INQUEST

2       INTO THE DEATH OF

3       STEFFEN MATTHEW DAY

COPY

4       --oOo--

5

6       CORONER'S CASE NO. 2006-1850

7       WEDNESDAY, DECEMBER 20, 2006

8       MARTINEZ CITY COUNCIL CHAMBERS

9

10       --oOo--

11       APPEARANCES

12    THE HEARING OFFICER:        STUART A. WILLIS

13    CORONER'S INVESTIGATOR:     DEPUTY DAVID O'BRIEN

14    FOR CONTRA COSTA COUNTY:    BOB HOLE
                                  Deputy District Attorney
15                                Contra Costa County
                                  P.O. Box 65
16                                Moraga, CA 94556

17                                JAMES V. FITZGERALD, III
                                  Attorney at Law
18                                MCNAMARA, DODGE, NEY, BEATTY
                                  SLATTERY & PFALZER
19                                1211 Newell Avenue, Box 5288
                                  Walnut Creek, CA 94596
20

21    FOR THE FAMILY OF           ANDREW C. SCHWARTZ
      THE DECEDENT:               Attorney at Law
22                                CASPER, MEADOWS, SCHWARTZ &
                                  COOK
23                                2121 N. California Boulevard
                                  Suite 1020
24                                Walnut Creek, CA 94596

25    Reported By:   ELIZABETH O'KANE, CSR, C-5678
                           --oOo--

**Zandonella**
REPORTING SERVICE. INC.

1

Certified Shorthand Reporters
2321 Stanwell Drive • Concord, CA 94520-4808
P.O. Box 4107 • Concord, CA 94524-4107
(925) 685-6222 • Fax (925) 685-3829

1    the pelvis. And what it was was a medium caliber,

2    copper-jacketed bullet. And it ended up actually right

3    behind the pelvis in the right buttock, so it was in the

4    muscle of the buttock.

5        So again, entrance wound just to the left of the belly

6    button, the bullet passes right to left, front to back and

7    downward, passes through bowel, passes through iliac artery,

8    passes through the pelvic bone, ends up in the buttock.

9    Where it passed through the artery, there was a large

10   quantity of blood. And both in the back of the abdomen and

11   within the abdomen itself I measured roughly a quart and a

12   half or so of blood. So that would have been the cause of

13   death was simply the internal bleeding.

14       Q.   Doctor, you can't determine in your process

15   whether the deceased was standing up when he was shot or

16   laying down or whatever, correct?

17       A.   No. The specific position I can't say. I can say

18   where the entrance wound was and I can tell how the bullet

19   passed through the body. But how he may have been standing,

20   bending, positioned, there are too many variables between

21   him and the person shooting. So it's simply not possible to

22   tell.

23       Q.   If hypothetically he was standing up and was shot

24   by somebody who was also standing up, could you then

25   describe what the trajectory would have been under those

Zandonella
REPORTING SERVICE. INC.
31
Certified Shorthand Reporters
2321 Stanwell Drive • Concord, CA 94520-4808
P.O. Box 4107 • Concord, CA 94524-4107
(925) 685-6222 • Fax (925) 685-3829

1    STATE OF CALIFORNIA        )
                                )           ss.
2    COUNTY OF CONTRA COSTA )

3

4

5          I, ELIZABETH O'KANE, CSR, do hereby certify:

6          That I am a Certified Shorthand Reporter, License

7    No. 5678 of the State of California;

8          That on the 20th day of December, 2006, I fully,

9    truly and correctly took down in shorthand writing all of

10   the proceedings had and all of the testimony given in said

11   matter;

12         That I thereafter truly, fully and correctly

13   transcribed the same into typewriting, and that the

14   foregoing pages 1 through 92, inclusive, are a full, true

15   and correct transcript of my said notes taken at the time

16   and place therein stated.

17         IN WITNESS WHEREOF, I have hereunto set my hand

18   this _28th_ day of _December_, 2006.

19

20

21

22

23   _Elizabeth O'Kane_

24   ELIZABETH O'KANE, CSR
     License No. 5678.

25

**Zandonella**
REPORTING SERVICE, INC.

93

Certified Shorthand Reporters
2321 Stanwell Drive • Concord, CA 94520-4808
P.O. Box 4107 • Concord, CA 94524-4107
(925) 685-6222 • Fax (925) 685-3829