1 | Andrew C. Schwartz (State Bar No. 64578)
Larry E. Cook (State Bar No. 122776)
2 | **CASPER, MEADOWS, SCHWARTZ & COOK**
A Professional Corporation
3 | California Plaza
2121 North California Blvd., Suite 1020
4 | Walnut Creek, California  94596
Telephone:   (925) 947-1147
5 | Facsimile:    (925) 947-1131

6 | Attorneys for Plaintiff
SHAWN DAY

7 |

8 |

UNITED STATES DISTRICT COURT

9 |

NORTHERN DISTRICT OF CALIFORNIA

10 |

| | |
|---|---|
| SHAWN DAY, individually and as successor in interest to the Estate of Steffen Matthew Day, | Case No. C07-4335-PJH |
| Plaintiff, | **DECLARATION OF THOM SEATON IN RESPONSE TO DEFENDANTS' OBJECTIONS TO EVIDENCE** |
| vs. | |
| COUNTY OF CONTRA COSTA, JOSHUA PATZER, WARREN RUPF, and Does 1 through 50, et al., | Date:        September 10, 2008<br>Time:        9:00 a.m.<br>Judge:      Honorable Phyllis J. Hamilton<br>Dept:        Courtroom 3, 17th Floor (SF) |
| Defendants. | |

I, THOM SEATON, declare as follows:

1.    I am an attorney at law duly licensed to practice law before all the courts of the State of California and I am a member of the firm Casper, Meadows, Schwartz & Cook, attorneys of record for plaintiffs in this action.

2.    Attached hereto as **Exhibit 1** is a true and correct copy of the Zandonella prepared transcript of the statements of Deputy Patzer made to investigators following the shooting.

3.    Attached hereto as **Exhibit 2** is a true and correct copy of defendants' transcript of the statement of Deputy Patzer made to investigators following the shooting.

CASPER, MEADOWS,
SCHWARTZ & COOK
2121 N. California Blvd.,
Suite 1020
Walnut Creek, CA 94596
TEL: (925) 947-1147
FAX (925) 947-1131

1    I declare under the penalty of perjury under the laws of the State of California

2    and the United States that the foregoing is true and correct and that if called upon to

3    do so, would testify the foregoing facts in Court.

4        Executed at Walnut Creek, California, on September 3, 2008.

5

6

7                                         Thom Seaton
                                          CASPER, MEADOWS, SCHWARTZ & COOK

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CASPER, MEADOWS,
SCHWARTZ & COOK
2121 N. California Blvd.,
Suite 1020
Walnut Creek, CA 94596
TEL: (925) 947-1147
FAX (925) 947-1131

1

## PROOF OF SERVICE

2

RE:    **Shawn Day, et al. v. County of Contra Costa, et al.**
       **United States District Court Case No. C07-4335-PJH**

3

4       I am a citizen of the United States and am employed in the County of Contra Costa,
State of California. I am over eighteen (18) years of age and not a party to the above-entitled

5   action. My business address is 2121 North California Blvd., Suite 1020, Walnut Creek, CA
94596. On the date below, I served the following documents in the manner indicated on the

6   below-named parties and/or counsel of record:

7   ### DECLARATION OF THOM SEATON IN RESPONSE TO DEFENDANTS' OBJECTION TO
EVIDENCE

8

☐      **U.S. MAIL**, with First Class postage prepaid and deposited in sealed envelopes at

9          Walnut Creek, California.
☐      **ELECTRONICALLY**, I caused said documents to be transmitted using ECF as specified

10         by General Order No. 45 to the following parties.
☐      **FACSIMILE TRANSMISSION** from (925) 947-1131 during normal business hours,

11         complete and without error on the date indicated below, as evidenced by the report
           issued by the transmitting facsimile machine.

12  ☐      **Hand-Delivery Via Courier**
    ☒      **Other**: **OVERNIGHT DELIVERY**. On the date indicated below, I placed a true and correct

13         copy of the aforementioned document(s) in a sealed envelope and/or package
           designated by *Federal Express Priority Overnight*, individually addressed to the

14         parties indicated below, with fees fully prepaid, and caused each such envelope and/or
           package to be deposited for pick-up on the same day by an authorized representative

15         of *Federal Express* at Walnut Creek, California, in the ordinary course of business.

16

**For Defendants**

17  James V. Fitzgerald, III
    McNamara, Dodge, Ney, Beatty, Slattery & Pfalzer LLP

18  1211 Newell Avenue
    Walnut Creek, CA 94596

19  Tel: (925) 939-5330
    Fax: (925) 939-0203

20

21

22      I declare under penalty of perjury under the laws of the State of California, and the
United States of America, that the foregoing is true and correct and that I am readily familiar

23  with this firm's practice for collection and processing of documents for mailing with the U.S.
Postal Service.

24
    Dated: September 3, 2008                    _Shannon M. Bowers_____

25                                                      SHANNON M. BOWERS

26

27

28

CASPER, MEADOWS,
SCHWARTZ & COOK
2121 N. California Blvd.,
Suite 1020
Walnut Creek, CA 94596
TEL: (925) 947-1147
FAX (925) 947-1131

# EXHIBIT 1

1

2

3

4

5

6

7    REPORTER'S TRANSCRIPT OF AUDIORECORDED PROCEEDINGS

8    INTERVIEW

9    OF

10    # DEPUTY JOSHUA PATZER

11

12    RE:   DAY V. CONTRA COSTA COUNTY

13    ADMINISTRATIVE REVIEW 2006-30

14    AUGUST 16, 2006

15

16

17

18

19

20

21

22

23

24

25    Transcribed by:    JOHN A. ZANDONELLA, CSR No. C-795



1    DEP. PATZER:  No.

2    INSP. MULLIGAN:  Any military experience?

3    DEP. PATZER:  I was in the marine corps for four

4  years active and four years reserve.

5    INSP. MULLIGAN:  And today -- the incident happened

6  about 1:45 in the morning, what time did you go in to

7  work last night?

8    DEP. PATZER:  I got there about 9:20 for lineup at

9  9:30.

10    INSP. MULLIGAN:  And when was the last time you had

11  anything to sleep -- had been to sleep?

12    DEP. PATZER:  I left work, dayshift, we got off

13  about 3:10, went to my mother's house in Vallejo and

14  slept till, about 8:45 the alarm went off.

15    INSP. MULLIGAN:  And then you went to work.  What

16  kind of uniform were you wearing?

17    DEP. PATZER:  Full sheriff's uniform, short sleeve

18  shirt, khaki, badge, nameplate, full duty leather, black

19  boots and tan pants.

20    INSP. MULLIGAN:  And then your partner tonight, you

21  said was Officer --

22    DEP. PATZER:  Deputy Boehrer.

23    INSP. MULLIGAN:  -- Boehrer.  How long have you

24  guys known each other?

25    DEP. PATZER:  We were in the academy together.

1    DEP. PATZER:  I fall down to my knees.  And he kind

2  of falls not all the way down but he's like half the

3  size he is now, kind of --

4    INSP. MULLIGAN:  Right.

5    DEP. PATZER:  -- scrunched.  I lost my light.  And

6  we're kind of three feet inside the gate now when we're

7  all said and done.  I reach down with my left hand to

8  try to pick up my light 'cause it's pitch black.  I

9  can't see my hand.

10    INSP. MULLIGAN:  And the suspect at that time, you

11  said he was partially down.  Does it sound like he's

12  crouching, or is he just responding to the --

13    DEP. PATZER:  Responding to the fall, trying to

14  catch himself.  As I'm reaching for the flashlight and

15  holding his shirt, he starts to stand up.  So I start to

16  come up, and next thing I know I got hit and my hand

17  kind of pulled him further in front of me.

18    INSP. MULLIGAN:  And what did you get hit with?

19    DEP. PATZER:  I can't, I didn't see what it was.

20    INSP. MULLIGAN:  Where did you get hit?

21    DEP. PATZER:  In the head area.

22    DETECTIVE:  Did it feel like a fist?

23    DEP. PATZER:  It felt like a solid box or punch,

24  but I can't be sure 'cause I couldn't see anything.  And

25  I was looking for a light and still trying to hold him.

**Zandonella**
REPORTING SERVICE, INC.

-18-

Certified Shorthand Reporters
2321 Stanwell Drive • Concord, CA 94520-4808
P.O. Box 4107 • Concord, CA 94524-4107
(925) 685-6222 • Fax (925) 685-3829

1    He had put me back on my heels.

2        INSP. MULLIGAN:  And you get hit on -- you're

3    pointing to the left side of your head?

4        DEP. PATZER:  Yeah.

5        INSP. MULLIGAN:  And you think it was the suspect

6    who hit you, do you think you might have banged your

7    head on the --

8        DEP. PATZER:  No, I think he hit me, 'cause next

9    thing I knew when I let go and then I went to grab him

10   again, he was facing me at that point and pushing me

11   back.

12       INSP. MULLIGAN:  So he hits you in the head.  You

13   can feel obviously, it sounds like it's a solid fist.

14   And now he's facing you?

15       DEP. PATZER:  Yeah.  Well, I grabbed the shirt,

16   thinking he might be -- after he hit me, I thought he

17   would run.  So trying to prevent him from fleeing, I

18   thought I was grabbing the back of him.  Once I grabbed

19   on to him, I could feel his arms facing me, swinging at

20   me.  So I brought my shoulders up.

21       DETECTIVE:  So he's still swinging punches at you.

22       DEP. PATZER:  Yeah, and pushing me back into the

23   garbage pile of stuff.

24       DETECTIVE:  Is he pretty strong?

25       DEP. PATZER:  Yeah, he felt like -- as we were

Zandonella
REPORTING SERVICE, INC.

Certified Shorthand Reporters
2321 Stanwell Drive • Concord, CA 94520-4808
P.O. Box 4107 • Concord, CA 94524-4107
(925) 685-6222 • Fax (925) 685-2829

1          INSP. MULLIGAN:  So you guys are still on your

2    feet, though.

3          DEP. PATZER:  I'm starting to lose my footing on

4    the rubble and the plastic stuff back there.

5          I stand up and we're face to face again.  And at

6    this point he comes at me again in a fighting stance,

7    keeps aggressing towards me.  So I go to push him back

8    and I slip again.  And my arm goes down into this pile

9    of rubble.

10         And finally I get my footing enough to where I just

11   push him with all I have to get him away from me.  I

12   don't grab him.  I just make a fist and put my left arm

13   up right to his midsection, push him away.

14         And as I do that, I start to stand up, take a step

15   back, put my hand on my pistol.  And that's when

16   something hits me from behind.  And he grabs, comes at

17   me again.  I pull out my pistol.  I grab to hold onto

18   him and I fire one round.

19         And then I can feel that there's no pressure on my

20   hand anymore.  He's basically gone.

21         I can see where the, my illumination from my

22   flashlight.  I moved the plastic bag that's on it and

23   grab it, try to see who's behind me.  And there's an air

24   conditioner in the window, and I'm assuming that's what

25   I hit.

**Zandonella**
**REPORTING SERVICE, INC.**

Certified Shorthand Reporters
2321 Stanwell Drive • Concord, CA 94520-4808
P.O. Box 4107 • Concord, CA 94524-4107

1  too.

2      DEP. PATZER:  I couldn't see anything.  My feet

3  never had a firm setting on anything back there.

4      When I finally did get the light, I had to move a

5  bike and like eight bags just to let people through the

6  gate that we fell through.

7      DETECTIVE:  Had all kinds of garbage and junk out

8  there?

9      DEP. PATZER:  I know I moved a slide and a bike and

10  a bunch of garbage bags.

11      DETECTIVE:  Okay.

12      DEP. PATZER:  Yeah.

13      INSP. MULLIGAN:  Now, when the shooting -- let's

14  just try to freeze frame that -- are you on your,

15  standing up, or are you actually down so you're in a

16  crouching position?  What would be the best way to

17  describe that?

18      DEP. PATZER:  I was crouching.  I felt something

19  from behind so I ducked down thinking if they're gonna

20  hit me they're gonna swing high, 'cause they can't see

21  either.

22      And I pulled out my weapon and I was crouched like

23  this.  And he came back at me, and I fired one shot.

24      DETECTIVE:  Crouched, were you still on one knee or

25  just bent down?

Zandonella
REPORTING SERVICE, INC.

Certified Shorthand Reporters
2321 Stanwell Drive • Concord, CA 94520-4808
P.O. Box 4107 • Concord, CA 94524-4107

1      DEP. PATZER:  Yeah.  No, he -- I pulled my gun out

2   to retention and held it in tight, 'cause the last I

3   felt he wasn't far enough away from me to put my arms

4   out, 'cause I'd still have to push him away.

5      As soon as I got my gun here, he comes at me again

6   and I start to lose balance again.  And I fire one shot

7   and then the pressure's off my arm.

8      DETECTIVE:  So he's driving you backwards as the

9   round goes off?

10     DEP. PATZER:  As I go off, he's still pushing me

11  back.  I'm not like falling over tilting, but I'm having

12  to walk backwards.

13     Then I fire one round basically point shooting at

14  center silhouette, whatever I have and he -- there's no

15  pressure there.

16     I look around to see who's behind me.  I can't see

17  anything but I see the light.

18     INSP. MULLIGAN:  Okay.

19     DEP. PATZER:  So I pick the garbage bag up.  I can

20  see, grab the light.  I see the air conditioning.  And

21  then I see him on the ground.

22     INSP. MULLIGAN:  And the lighting there, except for

23  your flashlight, so -- we're assuming that when you're

24  going towards the suspect, you're going in a northbound

25  direction pretty much, would that be safe to say?  And

**Zandonella**
**REPORTING SERVICE, INC.**

Certified Shorthand Reporters
2321 Stanwell Drive • Concord, CA 94520-4808
P.O. Box 4107 • Concord, CA 94524-4107

1    Sheriff's Office, stop resisting.

2        INSP. MULLIGAN:  Okay.  And did you do that during

3    this one, do you recall?

4        DEP. PATZER:  Yes.

5        INSP. MULLIGAN:  Okay.  Any idea how many times you

6    told him that?

7        DEP. PATZER:  I don't know exactly.  I'd say about

8    five.

9        INSP. MULLIGAN:  Okay.  And he continued to advance

10   on you and continued to struggle?

11       DEP. PATZER:  Yes.

12       INSP. MULLIGAN:  And the way you described your

13   encounter with him, it sounds like he probably punched

14   you in the head once.  Were there any other blows that

15   you're aware of, or was it pretty much him pushing you

16   away, trying to advance on you?

17       DEP. PATZER:  There was no other punches that were

18   quite as solid, straight --

19       INSP. MULLIGAN:  Right.

20       DEP. PATZER:  -- hits.  The rest were kind of like

21   glances.  He was just swinging at me, and I was able to

22   duck and move, so they were just like glancing blows.  I

23   could feel his arms skipping by my head.  But they, none

24   of them connected like the first one.

25       INSP. MULLIGAN:  And then immediately after the

Zandonella
REPORTING SERVICE, INC.

Certified Shorthand Reporters
2321 Stanwell Drive • Concord, CA 94520-4808
P.O. Box 4107 • Concord, CA 94524-4107

1   STATE OF CALIFORNIA    )
                           ) ss.
2   COUNTY OF CONTRA COSTA )

3

4       I, JOHN A. ZANDONELLA, do hereby certify:

5       That I am a Certified Shorthand Reporter of the

6   State of California, License No. C-795;

7       That the foregoing pages, 2 through 42, are a true

8   and correct transcription of the audiorecorded

9   proceedings furnished to me by the Law Offices of

10  Casper, Meadows & Schwartz, except where noted

11  "unintelligible" or "inaudible."

12      I further certify that I am not interested in the

13  outcome of said matter nor connected with or related to

14  any of the parties of said matter or to their respective

15  counsel.

16      Dated this 18th day of April, 2008, at Concord,

17  California.

18

19

20

21                  JOHN A. ZANDONELLA, CSR No. C-795

22

23

24

25

Zandonella
REPORTING SERVICE, INC.

Certified Shorthand Reporters
2321 Stanwell Drive • Concord, CA 94520-4808
P.O. Box 4107 • Concord, CA 94524-4107

# EXHIBIT 2

| | | |
|---|---|---|
| 135 | | car. I gave him a brief synopsis of what happened and that nobody was |
| 136 | | outstanding and I fired one shot. And he stand me and talk to nobody and |
| 137 | | then uh Officer (Glazer) with the Pittsburgh PD brought me back here, |
| 138 | | sequestered me, and I talked to my attorney and gave blood and urine and now |
| 139 | | my interview. |
| 140 | | |
| 141 | Q: | Okay. Thank you. Let's uh just go back and start at the very beginning and |
| 142 | | that's just go through. First of all how long have you been on the department? |
| 143 | | |
| 144 | A: | Six years. |
| 145 | | |
| 146 | Q: | And on the six years how long in patrol? How long in detentions uh? |
| 147 | | |
| 148 | A: | Well I have approximately on patrol and the rest – uh one year in court |
| 149 | | security and then the rest of the time would be in the detention. |
| 150 | | |
| 151 | Q: | So maybe a year and a half in detention or something like that? |
| 152 | | |
| 153 | A: | Well yeah court security time counted and yeah. |
| 154 | | |
| 155 | Q: | Okay. And then before coming to work for the sheriff's department did you |
| 6 | | ever (unintelligible) law enforcement agencies? |
| 157 | | |
| 158 | A: | No. |
| 159 | | |
| 160 | Q: | Any military experience? |
| 161 | | |
| 162 | A: | I was in the Marine Corps for four years active and four years reserve. |
| 163 | | |
| 164 | Q: | And today the incident happened about 1:45 in the morning. What time did |
| 165 | | you go into work last night? |
| 166 | | |
| 167 | A: | Um I got there about 9:20 for line up at 9:30. |
| 168 | | |
| 169 | Q: | And when was the last time you had anything to sleep – or went to sleep? |
| 170 | | |
| 171 | A: | I left work uh day shift, we got out about 3:10, went to my mother's house in |
| 172 | | (Valejo) and slept till about 8:45 the alarm went off. |
| 173 | | |
| 174 | Q: | And then you went to work. What kind of uniform were you wearing? |
| 175 | | |
| 176 | A: | Uh full sheriff's uniform, short sleeved shirt, khaki, badge, nameplate, full |
| 77 | | duty leather, uh black boots and tan pants. |
| 8 | | |
| 179 | Q: | And then your partner tonight you said was Officer uh? |

INTE... IEW WITH DEP. JOSHUA PATZER
Interviewer: S.I. Paul Mulligan
08-17-06/9:17 am CT
Case # 06-6425
Page 9

| 358 | A: | And I've got a fistful of his shirt in my right hand and that's when the gate or |
| 359 | | the fence opens away from the house and he starts to fall and I fall to my knee |
| 360 | | and drop my light. |
| 361 | | |
| 362 | Q: | (Unintelligible) what you're saying so, he-so the gate opens, apparently he's |
| 363 | | unaware it's a gate too – the gate falls-falls open. You fall to the ground? |
| 364 | | |
| 365 | A: | I fall down to my knees and he kind of falls, not all the way down but he's |
| 366 | | like half the size he is now. |
| 367 | | |
| 368 | Q: | Right. |
| 369 | | |
| 370 | A: | Kind of scrunched him and I lost my light and we're kind of three feet inside |
| 371 | | the gate now when we're all said and done. I reached down with my left hand |
| 372 | | to try and pick up my light, because it's pitch black I can't see my hand. |
| 373 | | |
| 374 | Q: | And the suspect at that time you said he was partially down does it sound like |
| 375 | | he's crouching or is he just responding to the? |
| 376 | | |
| 377 | A: | Responding to the fall, trying to catch himself. And as I'm reaching for the |
| 78 | | flashlight and holding his shirt um he starts to stand up, so I start to come up |
| 579 | | and then next thing you know I got hit. And my hand kind of pulled further in |
| 380 | | front of me. |
| 381 | | |
| 382 | Q: | And what did you get hit with? |
| 383 | | |
| 384 | A: | I can't – I didn't see what it was? |
| 385 | | |
| 386 | Q: | Where'd you get hit? |
| 387 | | |
| 388 | A: | In the head area? |
| 389 | | |
| 390 | Q1: | Did it feel like a fist? |
| 391 | | |
| 392 | A: | It felt like a solid boxer's punch but I can't be certain as I couldn't see |
| 393 | | anything and I was looking for a light and still trying to hold him and. It put |
| 394 | | me back on my heels and. |
| 395 | | |
| 396 | Q: | And you got hit – you're pointing to the left side of your head. |
| 397 | | |
| 398 | A: | Yeah. |
| 399 | | |
| 00 | Q: | And you think it was the suspect that hit you? You think you might have |
| 401 | | banged your head on the … |
| 402 | | |

INTE...EW WITH DEP. JOSHUA PATZER
Interviewer: S.I. Paul Mulligan
08-17-06/9:17 am CT
Case # 06-6425
Page 10

| 403<br>404 | A: | No I think he hit me because he's – next thing I knew when I let go and I went to grab him again he was facing at me at that point and pushing me back. |
|---|---|---|
| 405<br>406<br>407 | Q: | So hit you in the head. You can feel obviously that it sounds like it's a solid fist. Now he's facing you? |
| 408<br>409<br>410<br>411<br>412 | A: | Yeah well I-I grabbed the shirt thinking he might be after he-he hit me I thought he would run so trying to prevent him from fleeing I thought I was grabbing the back of him and once I grabbed on to him, I could feel his arms, facing me swinging at me, so I brought my shoulders up. |
| 413<br>414 | Q1: | So he's still swinging punches at you? |
| 415<br>416 | A: | Yeah. And pushed me back into the garbage pile of stuff. |
| 417<br>418 | Q: | Is he pretty strong? |
| 419<br>420<br>421<br>422 | A: | Yeah he felt it. As we were running he appeared to be a tall lengthy guy though. But then we started wrestling and he keeps pushing me back on my heels, he was overpowering me. |
| '23<br>,24 | Q: | When he's doing – so is he punching you or pushing you or? |
| 425<br>426<br>427<br>428 | A: | Well I had him and I could feel him swinging and hitting me so I lifted my head and I could feel him hitting the sides of me and stuff and I slipped back up. |
| 429<br>430 | Q: | When you – was it safe to say that you put your arms to try to? |
| 431<br>432 | A: | Yeah and I put my head down. |
| 433<br>434 | Q3: | Got a hold of his shirt? |
| 435<br>436 | A: | Right, like I just grabbed his shirt. |
| 437<br>438 | Q3: | Right. |
| 439<br>440 | A: | Thinking I was gonna grab the back of his shoulders or ... |
| 441<br>442 | Q3: | Right. |
| 443<br>444 | A: | Then I had his chest. |
| '45<br>446 | Q3: | His chest. |
| 447 | | |

0000630

INTE... .IEW WITH DEP. JOSHUA PATZER
Interviewer: S.I. Paul Mulligan
08-17-06/9:17 am CT
Case # 06-6425
Page 11

| | | |
|---|---|---|
| 448 | A: | And I'm slipping backwards so I kind of let it go again and I pushed him away |
| 449 | | a little bit and this time we're kind of at an angle and when I push him away |
| 450 | | — |
| 451 | | |
| 452 | Q: | So you guys are still on your feet though? |
| 453 | | |
| 454 | A: | I'm starting to lose my footing on the rubble and the plastic stuff back there. |
| 455 | | And I stand up and we're face to face again and at this point he comes at me |
| 456 | | again in fighting stance. Keeps aggressing towards me so I go to push him |
| 457 | | back and I slip again and my arm goes down into this pile of rubble. And |
| 458 | | finally I get my footing enough to where I just push him with all I have to get |
| 459 | | him away from me. I don't grab him. I just make a fist and put my left arm |
| 460 | | up and right into his midsection to push him away. And as I do that, I start to |
| 461 | | stand up, take a step back, put my hand on my pistol and that's when |
| 462 | | something hits me from behind. And he grabs – comes at me again, I pull out |
| 463 | | my pistol, I grab it, hold on it, and I fire one around and then I can feel that |
| 464 | | there's no pressure on my hand anymore. He's basically gone I can see where |
| 465 | | the light the illumination from my flashlight. I move the plastic bag it's |
| 466 | | under, grab it. Try to see who's behind me and there's an air conditioner in |
| 467 | | the window. I'm assuming that's what I hit. And then I shine back to him |
| 468 | | and he's on the ground trying to get up. |
| 469 | | |
| 470 | Q1: | Where did it hit you? In the head? In the back? |
| 471 | | |
| 472 | A: | In the middle of my vest in the back as if, like just one big swing. |
| 473 | | |
| 474 | Q: | You mentioned when they, when you first got hit last time you thought it was |
| 475 | | possibly too one of the guys that was (unintelligible) in the car. |
| 476 | | |
| 477 | A: | Yeah I – I thought it might be. |
| 478 | | |
| 479 | Q: | Starting to uh attack you. |
| 480 | | |
| 481 | A: | Because I didn't hear (Vorhower) coming. I didn't hear any radio traffic and I |
| 482 | | was wearing an earpiece. |
| 483 | | |
| 484 | Q: | So you're thinking uh when you got hit that that's what it was? |
| 485 | | |
| 486 | A: | Something either … |
| 487 | | |
| 488 | Q3: | Ambushed. |
| 489 | | |
| 490 | A: | Ambushed somebody from the car … |
| 491 | | |
| 492 | Q: | Thought that someone … |

INTERVIEW WITH DEP. JOSHUA PATZER
Interviewer: S.I. Paul Mulligan
08-17-06/9:17 am CT
Case # 06-6425
Page 12

| | | |
|---|---|---|
| 493 | | |
| 494 | A: | (Vorhower) stopped one person. |
| 495 | | |
| 496 | Q: | Right. |
| 497 | | |
| 498 | A: | And the other guy got through.  Or he did know somebody at this house and |
| 499 | | they came out to help him. |
| 500 | | |
| 501 | Q: | And started attacking you also? |
| 502 | | |
| 503 | A: | Right.  So then it was a two on one and I couldn't keep my footing or, like I |
| 504 | | said this guy already pushed me back twice and I pushed him away not |
| 505 | | holding on to him, he could have ran.  And he kept coming at me, when I lost |
| 506 | | my hand in the rubble and pulled it back out. |
| 507 | | |
| 508 | Q3: | Now he got – when the first uh – first hit did it – did you lose consciousness at |
| 509 | | all or did it – you know … |
| 510 | | |
| 511 | A: | No. |
| 512 | | |
| '3 | Q3: | You ever get hit and you kind of get a flash and you lose your bearings and |
| ʼ14 | | everything? |
| 515 | | |
| 516 | A: | Well I-I-I kind of lost, when you lose your footing your equilibrium's kind of |
| 517 | | off.  I don't know if it was cause I was slipping or from the punch but… |
| 518 | | |
| 519 | Q3: | It was dark out too. |
| 520 | | |
| 521 | A: | I couldn't see anything.  My feet never had a firm setting on anything back |
| 522 | | there.  When I finally did get the light I had to move a bike and like eight bags |
| 523 | | just to let people through the gate that we fell through. |
| 524 | | |
| 525 | Q: | Yeah there's all kinds of garbage and junk out there. |
| 526 | | |
| 527 | A: | Then I-I know I moved a slide and a bike and a bunch of garbage bags. |
| 528 | | |
| 529 | Q: | Okay. |
| 530 | | |
| 531 | A: | Yeah. |
| 532 | | |
| 533 | Q: | Now when the shooting, cause let's just try to freeze frame that.  Are you on |
| 534 | | your – standing up or your actually down still you're in a crouching position, |
| ʼ35 | | what would be the best way to describe that? |
| 536 | | |

0000632

INTE... ...W WITH DEP. JOSHUA PATZER
Interviewer: S.I. Paul Mulligan
08-17-06/9:17 am CT
Case # 06-6425
Page 13

| | | |
|---|---|---|
| 537 | A: | I was uh crouching. I felt something from behind so I duck down thinking if |
| 538 | | they were going to hit me they were going to swing higher because they can't |
| 539 | | see either. And I pulled out my weapon and I – I was crouched like this and |
| 540 | | he came back at me and I fired one shot. |
| 541 | | |
| 542 | Q1: | Crouched were you still on one knee or were you just bent down? |
| 543 | | |
| 544 | A: | I was just bent down at that point, I had never made it straight back all the |
| 545 | | way up. |
| 546 | | |
| 547 | Q1: | So okay you're just (unintelligible). |
| 548 | | |
| 549 | A: | Right then I – and then I as – as I fired and I thought I had my foot planted |
| 550 | | properly it slipped out from – so I took a few steps again, got my f-footing and |
| 551 | | that's when I could see uh the faint light. And as soon as I moved the bags off |
| 552 | | the light and picked it up it illuminated it to where I could see. |
| 553 | | |
| 554 | Q: | Did he ever say anything at all during this encounter? |
| 555 | | |
| 556 | A: | Uh no, I have no recollection of him saying anything. |
| 557 | | |
| 558 | Q: | What happens next then? Do you remember putting anything on the radio? |
| 559 | | |
| 560 | A: | Um when he's down I see after I tell him to – because he tries to get up, I tell |
| 561 | | him stay down, sheriff's office don't move. And as I see him roll over |
| 562 | | towards the house I can see the blood on his shirt and on the ground. So that's |
| 563 | | when I put on the radio uh I need code three fire and ambulance, shots fired, |
| 564 | | uh suspect down. And I could hear peop-hear the sirens and stuff coming. |
| 565 | | Um then I hear uh (Vorhower) said he has somebody down the street still. I |
| 566 | | can I tell him that I can see that I'm across from 25 because that's the only |
| 567 | | number I can see down the road. And uh then when Pittsburgh started going |
| 568 | | by I uh turned my light on and off real quick to get their attention. (Pat |
| 569 | | O'Brien) and Pittsburgh PD came in the back. And then that's when I went |
| 570 | | and found the 26 was where I was at, put that out on the air, and then — |
| 571 | | excuse me — called the sergeant and everybody else. And they were asking if |
| 572 | | fire could come in and I was, "Yeah send fire in now." And that's when uh |
| 573 | | Sergeant Clark showed up, went in the back and took me uh to the police car. |
| 574 | | |
| 575 | Q: | Then when the shooting occurred what do you think the distance was between |
| 576 | | you and the suspect? |
| 577 | | |
| 578 | A: | I could feel him with this hand still so, you … |
| 79 | | |
| 580 | Q: | He's still aggressing you? |
| 581 | | |

0000633

INTE..v..EW WITH DEP. JOSHUA PATZER
Interviewer: S.I. Paul Mulligan
08-17-06/9:17 am CT
Case # 06-6425
Page 14

| | | |
|---|---|---|
| 582 | A: | Yeah he-he was still coming at me. |
| 583 | | |
| 584 | Q: | When he's coming at you do you have, when you pull your gun out I mean is |
| 585 | | it instantaneous that he's still coming at you and dancing at you that you |
| 586 | | shoot? Or you – do you have an opportunity to tell him, you know, stop or I'll |
| 587 | | shoot. |
| 588 | | |
| 589 | A: | Yeah no he – I-I-I pulled my gun out to retention and held it in tight because |
| 590 | | last I felt he wasn't far enough away from me to put my arms out because I |
| 591 | | still had to push him away again. As soon as I got my gun he-he comes at me |
| 592 | | again and I start to lose balance again, and I fire one shot, and then the |
| 593 | | pressures off my arm. |
| 594 | | |
| 595 | Q: | So he's driving you backwards as the round goes off? |
| 596 | | |
| 597 | A: | As I go off he's still pushing me-me back. I'm not falling over tilting but I'm |
| 598 | | having to walk backwards. And then I fire one round basically point shooting |
| 599 | | at center silhouette whatever I have and he there's no pressure there. I look |
| 600 | | around to see who was behind me and I can't see anything but I see the light. |
| 601 | | |
| '02 | Q: | Okay. |
| ʋ03 | | |
| 604 | A: | So I picked the garbage back up. I can see grab the light, I see the air |
| 605 | | conditioning and then I see him on the ground. |
| 606 | | |
| 607 | Q: | And the lighting there, except for your flashlight, so we're assuming that |
| 608 | | when you're going towards the suspect you're going in the northbound |
| 609 | | direction pretty much. Would that be safe to say? |
| 610 | | |
| 611 | A: | Uh. |
| 612 | | |
| 613 | Q: | And he's coming back at you in a southbound direction? |
| 614 | | |
| 615 | A: | Yeah. |
| 616 | | |
| 617 | Q: | Where is the flashlight beam? |
| 618 | | |
| 619 | A: | I couldn't see any flashlight until I looked back to where it was and I could |
| 620 | | barely – it looked like a faint candle underneath that black bags. As soon as I |
| 621 | | moved the black bags out of the way, then it illuminated, I grabbed it to see |
| 622 | | who was behind me and where he went and that's when I saw him. |
| 623 | | |
| ʼ24 | Q1: | No porch lights nothing like that? |
| ʋ25 | | |
| 626 | A: | No. |

INTERVIEW WITH DEP. JOSHUA PATZER
Interviewer: S.I. Paul Mulligan
08-17-06/9:17 am CT
Case # 06-6425
Page 16

| | | |
|---|---|---|
| 672<br>673<br>674 | Q: | And when he's advancing at you I mean during this time you said you said words to the effect of, "Sheriff's office stop," or "Sheriff's office." |
| 675<br>676 | A: | No um when I'm – when I'm in foot pursuit of somebody. |
| 677<br>678 | Q: | Right. |
| 679<br>680<br>681<br>682 | A: | Is when I yell "Sheriff's office stop." Um when I catch them if they resist I yell, "Sheriff's office stop resisting," to let them know what I'm doing and what I want them to do. |
| 683<br>684 | Q: | Right. |
| 685<br>686<br>687 | A: | If I just grab them and I'm fighting and I have to go to court he could say I – he didn't know who it was. |
| 688<br>689 | Q: | Right. |
| 690.<br>691 | A: | So I make it a habit to tell them, "Sheriff's office stop resisting." |
| 692<br>693 | Q: | Right okay. And did you during this one do you recall? |
| 694<br>695 | A: | Yes. |
| 696<br>697 | Q: | Okay any idea how many times you told him that? |
| 698<br>699 | A: | Um I don't know exactly. I'd say about five. |
| 700<br>701 | Q: | Okay. And then he continued to advance on you and continued to struggle? |
| 702<br>703 | A: | Yes. |
| 704<br>705<br>706<br>707<br>708 | Q: | And the way you described your encounter with him, it sounds like he probably punched you in the head once. Were there any other blows that you were aware of was it pretty much him pushing you away or trying to advance on you? |
| 709<br>710 | A: | Um there's no other punches that were quite as solid, straight hits. |
| 711<br>712 | Q: | Right. |
| 713<br>714<br>715<br>716 | A: | The rest were kind of like glances he was just swinging at me and I was able to duck and move so they were just like glancing blows I could feel his arms skipping by my head but they – none of them connected like the first one. |