1  Andrew C. Schwartz (State Bar No. 64578)
   Larry E. Cook (State Bar No. 122776)
2  Thom Seaton (State Bar No. 62713)
   **CASPER, MEADOWS, SCHWARTZ & COOK**
3  A Professional Corporation
   California Plaza
4  2121 North California Blvd., Suite 1020
   Walnut Creek, California 94596
5  Telephone:    (925) 947-1147
   Facsimile:     (925) 947-1131
6
   Attorneys for Plaintiff
7  SHAWN DAY

8

9                 UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11

12  SHAWN DAY, individually and as              **Case No. C07-4335-PJH**
    successor in interest to the Estate of
13  Steffen Matthew Day,                         **DECLARATION OF ROGER CLARK IN
                                                  RESPONSE TO DEFENDANTS'
14                 Plaintiff,                     OBJECTIONS TO EVIDENCE**

15           vs.
                                                 Date:      September 10, 2008
16  COUNTY OF CONTRA COSTA, JOSHUA              Time:      9:00 a.m.
    PATZER, WARREN RUPF, and Does 1             Judge:     Honorable Phyllis J. Hamilton
17  through 50, et al.,                          Dept:      Courtroom 3, 17th Floor (SF)

18                 Defendants.

19

20

21  I, ROGER CLARK, DECLARE:

22          1.      Attached hereto as **Exhibit 1** is a true and correct copy of the list of

23  sworn trial testimony (January 23, 2000 to August 28, 2008). I was qualified to testify

24  as an expert witness on police procedures by the Court in each of these cases. Many

25  of these cases involved the alleged use of excessive or deadly force. No court has

26  refused to qualify me as an expert in police procedures.

27  ///

28  ///

CASPER, MEADOWS,
SCHWARTZ & COOK
2121 N. California Blvd.,
Suite 1020
Walnut Creek, CA 94596
TEL: (925) 947-1147
FAX (925) 947-1131

*Day v. County of Contra Costa* No. C07-4335 PJH                                      Page 1
Declaration Of Roger Clark In Response To Defendants' Objections To Evidence

1    I declare under the penalty of perjury under the laws of the State of California
2    and the United States that the foregoing is true and correct and that I could
3    competently testify in person as to these facts and opinions.

4        Executed at Santee, California on September 3, 2008.

5

6

7        ROGER CLARK

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CASPER, MEADOWS,
SCHWARTZ & COOK
2121 N. California Blvd.,
Suite 1020
Walnut Creek, CA 94596
TEL: (925) 947-1147
FAX (925) 947-1131

*Day v. County of Contra Costa* No. C07-4335 PJH
Declaration Of Roger Clark In Response To Defendants' Objections To Evidence

Page 2

1

## PROOF OF SERVICE

2  **RE:    Shawn Day, et al. v. County of Contra Costa, et al.**
        **United States District Court Case No. C07-4335-PJH**

3

4          I am a citizen of the United States and am employed in the County of Contra Costa,
State of California. I am over eighteen (18) years of age and not a party to the above-entitled

5  action. My business address is 2121 North California Blvd., Suite 1020, Walnut Creek, CA
94596. On the date below, I served the following documents in the manner indicated on the

6  below-named parties and/or counsel of record:

7  **DECLARATION OF ROGER CLARK IN RESPONSE TO DEFENDANTS' OBJECTION TO
EVIDENCE**

8

☐      **U.S. MAIL**, with First Class postage prepaid and deposited in sealed envelopes at
9          Walnut Creek, California.
☐      **ELECTRONICALLY**, I caused said documents to be transmitted using ECF as specified
10        by General Order No. 45 to the following parties.
☐      **FACSIMILE TRANSMISSION** from (925) 947-1131 during normal business hours,
11        complete and without error on the date indicated below, as evidenced by the report
        issued by the transmitting facsimile machine.
12 ☐    **Hand-Delivery Via Courier**
   ☒    **Other**: OVERNIGHT DELIVERY. On the date indicated below, I placed a true and correct
13        copy of the aforementioned document(s) in a sealed envelope and/or package
        designated by *Federal Express Priority Overnight*, individually addressed to the
14        parties indicated below, with fees fully prepaid, and caused each such envelope and/or
        package to be deposited for pick-up on the same day by an authorized representative
15        of *Federal Express* at Walnut Creek, California, in the ordinary course of business.

16

**For Defendants**
17 James V. Fitzgerald, III
   McNamara, Dodge, Ney, Beatty, Slattery & Pfalzer LLP
18 1211 Newell Avenue
   Walnut Creek, CA 94596
19 Tel: (925) 939-5330
   Fax: (925) 939-0203

20

21

          I declare under penalty of perjury under the laws of the State of California, and the
22 United States of America, that the foregoing is true and correct and that I am readily familiar
   with this firm's practice for collection and processing of documents for mailing with the U.S.
23 Postal Service.

24
   Dated: September 3, 2008                        _Shannon M. Bowers_
25                                                  SHANNON M. BOWERS

26

27

28

CASPER, MEADOWS,
SCHWARTZ & COOK
2121 N. California Blvd.,
Suite 1020
Walnut Creek, CA 94596
TEL: (925) 947-1147
FAX (925) 947-1131

# EXHIBIT 1

# Roger Clark

Police Procedures Consultant, Inc.
10207 Molino Road. Santee, CA 92071
Phone: (208) 351-2458, Fax: (619) 258-0045
**rclark9314@aol.com**

## LIST OF SWORN TRIAL TESTIMONY
**January 23, 2000 to August 28, 2008**
(Revised August 29, 2008)

1.    **Trial:** September 18, 2000, Trina Fowler v. City of Fresno. USDC, CVF98 – 5739 – AWl
SMS.
Client Attorneys:
Mr. Moses O. Onyejekwe, Attorney at Law. 3255 Wilshire Blvd. Suite 1032. Los Angeles, CA.
90010. Phone: (213) 487-7260, and
Mr. Jorge Gonzalez, Attorney at Law. 111½ North Avenue 56. Los Angeles, CA 90042. Phone:
(323) 258-4329.

2.    **Trial**: March 19, 2001, Oday Mounsaveng v. City of Fresno. USDC, CVF98 – 6078 – AWL
SMS.
Client Attorneys:
Mr. Rodolfo Bunagan, Attorney at Law, 17100 Pioneer Blvd. Suite 241. Artesia, CA. 90701.
Phone: (562) 924-6828.
Mr. Alex Castle, Attorney at Law. 1600 Ventura Blvd. Suite 1208. Encino, CA 91436. Phone:
(818) 995-1422.

3.    **Trial**: May 2, 2001, Kenneth Oberfelder v. City of Petaluma. USDC, C98 – 1470 – MPH (pr).
Client Attorney:
Ms. Jo Saxe Levy, Attorney at Law. Crosby, Heafey, Roach & May. Two Embarcadero Center
Suite 2000. P.O. Box 7936. San Francisco, CA. 94120-7936. Phone: (415) 659-5971.

4.    **Trial**: June 28, 2001, Santos v. County of Los Angeles. Superior Court, State of California (Los
Angeles County), TCO – 12088.
Client Attorney:
Mr. Michael A. Smith, Attorney at Law. 323 East Foothill Blvd. Suite D. Arcadia, CA 91006.
Phone: (626) 357-1177.

-1-

5.   **Trial**: April 16, 2002,  George Phillips a single person, v. City of Tacoma, et al. Superior Court
(Pierce County), State of Washington Case No. 97 – 2 – 10893 – 0.
Client Attorney:
Mr. L. Michael Golden, Attorney at Law, The Law Offices of Monte E. Hester, Inc., P.S., 1008
South Yakima Avenue Suite 302, Tacoma, WA., 98405.  Phone:  (253) 272-2157.


6.   **Trial**:  May 14, 2002,  Estate of Stanley D. Chambers v. Paul G. Strozewski, et al.  State of
Washington Superior Court (Pierce County) Case No. 98 – 2 – 10485 – 1.
Client Attorney:
Mr. Brett A. Purtzer, Attorney at Law, The Law Offices of Monte E. Hester, Inc., P.S., 1008
South Yakima Avenue Suite 302, Tacoma, WA., 98405.  Phone: (253) 272-2157.


7.   **Trial:**  June 6, 2002, Jonathan Smith v. The City of San Bernardino, et al.  USDC Case No. 99 –
1990 GM (CTx).
Client Attorney:
Mr. Michael A. Smith, Attorney at Law, 323 East Foothill Blvd. Suite D, Arcadia, CA., 91006.
Phone: (626) 357-1177.


8.   **Trial**:  September 13, 2002, Trial, Clarissa Rily, v. City of El Monte. USDC, CV – 00 –  713 –
DI (JWJx).
Client Attorneys:
Mr. Tristan R. Pico, The Walton Building, 2001 Financial Way, Suite 101, Glendora, CA 91741-
4602.  Phone: (626) 852-2644.
Mr. Karl W. Schoth, The Walton Building, 2001 East Financial Way, Suite 101, Glendora, CA
91741-4602.  Phone: (626) 963-7161.


9.   **Trial:**  March 14, 2003, Robert N. Carter v. County of Orange, Superior Court,
State of California (Orange County), Case # 01CC02437.
Client Attorneys:
Ms Vicki Sarmiento, Attorney at Law, The Law Offices of Vicki Sarmiento, 153 East Walnut
Street, Suite B, Pasadena, CA 91103-3836.  Phone: (626) 793-1171.
Milton Grimes, Attorney at Law, The Law Offices of Milton Grimes, 3774 West 54th Street, Los
Angeles, CA 90043.  Phone: (323) 295-3023.

10. **Trial:** July 17, 2003 & September 10, 2003, Anthony Morales v. County of Ventura, et al. USDC Case CV 01 – 04121 PJW.
Client Attorneys:
Mr. Peter Williamson, Attorney at Law, The Law Offices of Peter Williamson, 13915 Panay Way, Marina Del Ray, CA. 90292. Phone: (310) 266-1641.
Mr. John Burton, Attorney at Law, The Law Offices of John Burton, 414 Marengo Ave., Pasadena, CA 91101. Phone (626) 449-8300.

11. **Trial:** July 31, 2003 & August 4, 2003, Michael Vasquez v. City of Long Beach, et al. Superior Court, State of California (Los Angeles County), Case #NC 030217.
Client Attorney:
Mr. Michael A. Lotta, Attorney at Law, The Law Offices of Michel A. Lotta, Inc. 3645 East 4th Street, Suite A, Long Beach, CA. 90814. Phone (562) 438-9137.

12. **Trial:** September 11, 2003, People v. James T. Jones, Superior Court, State of California (Orange County), Case # 02NM13280.
Client Attorney:
Mr. Milton Grimes, Attorney at Law, The Law Offices of Milton Grimes, 3774 West 54th Street, Los Angeles, CA 90043. Phone: (323) 295-3023.

13. **Trial:** February 25, 2004, Manual Osornio, v. City of Long Beach, et al. Superior Court, State of California (Los Angeles County), Case #NC 031198.
Client Attorneys:
Mr. Michael A. Lotta, Attorney at Law, The Law Offices of Michel A. Lotta, Inc. 3645 East 4th Street, Suite A, Long Beach, CA. 90814. Phone (562) 438-9137.
John C. Mulvana, Attorney at Law, The Law Office of John Mulvana, 3151 Airway Ave. Suite M2, Costa Mesa, CA 92626. Phone (714) 545-5400.

14. **Trial:** March 25, 2004, Joseph D. Ogunrmu v. County of San Bernardino, et al. Superior Court, State of California (San Bernardino County), Case # SCVSS 81279.
Client Attorney:
Mr. Wole Akinyemi, Attorney at Law, The Law Office of Wole Akinyemi, 6066 Vera Street, Riverside, CA 92504. Phone: (909) 354-6813.

15. **Trial:** April 16 & 19, 2004, Darlene Dominguez, et al. v. City of Whitter, et al. Superior Court, State of California (Los Angeles County), Case No. CV 039704.
Client Attorney:
Mr. Rolando Hidalgo, Attorney at Law. 5220 East Beverly Blvd., Los Angeles, CA 90022. Phone: (323) 724-5171.

16.   **Trial:** July 29, 2004.  Edward Martinez, v. City of South Gate, et al.  USDC Case No. CV 03-00979 JFW (FMOx).
Client Attorneys:
Mr. James S. Muller, Attorney at Law, The Law Officer of James S. Muller, 3435 Wilshire Blvd., Suite 2900, Los Angeles, CA 90010--2015.  Phone (213) 381-3299.
Ms. Angela E. Oh, Attorney at Law, Oh & Barrera, LLP, 601 West Fifth Street, 8th Floor, Los Angeles, CA 90071.  Phone: (213) 225-5825.

17.   **Trial:** September 24 & 27, 2004, and October 1, 2004, Thomas Grozynski, v. City of Orange, et al. USDC Case No. SACV03-469 DOC (MLGx).
Client Attorneys:
Mr. Hermez Moreno, Attorney at Law, Law Offices of Hermez Moreno, 714 West Olympic Blvd., Suite 910, Los Angeles, CA 90015.  Phone: (213) 745-6300.
Mr. Milton Grimes, Attorney at Law, The Law Offices of Milton Grimes, 3774 West 54th Street, Los Angeles, CA 90043.  Phone: (323) 295-3023.

18.   **Trial:** November 9 & 16, 2004, Yvette Contreras, et al. v. City of Lemoore, et al.  USDC CIV – F – 02 – 6419.
Client Attorneys:
Mr. Milton George Evangelou, Jr., Attorney at Law, The Law Office of Milton George Evangelou, Jr., 4670 Nebo Drive, Suite 200, La Mesa, CA 91941-5230.  Phone: (619) 464-1411.
Mr. Robert A. Seeman, Attorney at Law, Joe Freeman & Assoc., Attorneys at Law, 610 S. Glenoaks Blvd., Suite 206, Burbank, CA 91502.  Phone: (818) 840-8085.

19.   **Trial:** December 21, 2004, Patrick Gillian v. City of San Marino, et al., State of California Superior Court (Los Angeles County), Case No. BC 274294.
Client Attorney:
Mr. John Burton, Esq. Law Offices of John Burton, 414 South Marengo Avenue, Pasadena, CA 91101.  Phone: (626)449-8300.

20.   **Trial:** March 9, 2005, October 11, 2004, Jeremy Naidoo v. City of Santa Monica, et al., USDC Case No.  CV 03-6165 ABC (Rcx).
Client Attorney:
Ms. Fran Campbell, Attorney at Law, Randolph & Associates, 1717 4th Street, Suite # 300, Santa Monica, CA 90401.  Phone: (310) 395-7900.

21.    **Trial:**  March 23, 2005, and March 30, 2005.  Frances Kurt Bourhenne, et al., v. Los Angeles County, et al., Superior Court, State of California, (Los Angeles County), Case No. TC 016301. Client Attorney:
Susan D. Wallace, Attorney at Law, Law Office of Susan D. Wallace, 360 El Caminito, Carmel Valley, CA 93924.  Phone: (831) 659-2721.


22.    **Trial:**  April 11, 12, 14, & 27, 2005.  Gail Washington v. City of Los Angeles, et al. Superior Court (Los Angeles County) Case N0. BC 290495.
Client Attorney:
Mr. Damon E. Martin, Attorney at Law, The Law Office of Damon E. Martin, 3350 Wilshire Blvd., Suite 730, Los Angeles, CA 90010.  Phone: (213) 251-1085.


23.    **Trial:**  April 13, 2005.  October 15, 2004, Tracy Wert v. City of Chula Vista, et al., USDC Case No. 03 CV 1156 K (BLM).
Client Attorney:
Mr. John Burton, Esq. Law Offices of John Burton, 414 South Marengo Avenue, Pasadena, CA 91101.  Phone: (626)449-8300.


24.    **Trial:**  May 12, 2005.  Angelica Alcala, et al., v. City of Long Beach, et al., Superior Court, State of California (Los Angeles County), Case No. NC 035597.
Client Attorney:
Mr. Mauro Fiore Jr., Attorney at Law, Law Offices of Mauro Fiore, Jr., 1901 W. Pacific Ave., Suite 260, West Covina, CA 91790.  Phone: (626) 856-5856.


25.    **Trial:**  June 7, 2005.  People v. Robert C Vaughn, Superior Court, State of California (Los Angeles County), Case No. SA 055314.
Client Attorney:
Mr. Dale K. Galipo, Attorney at Law, The Law Offices of Dale K. Galipo, 21800 Burbank Boulevard, Suite 310, Woodland Hills, CA 91367.  Phone: (818) 347-3333.


26.    **Trial:**  June 8, 2005.  People v. Christopher Neisen, Superior Court, State of California (San Diego County), Case No. WV2774.
Client Attorney:
Mr. David J. Lola, Attorney at Law, The McMillan Law Firm, APC, 4670 Nebo Dr., #200, La Mesa, CA 91941.  Phone: (619) 464-1500.

27.    **Trial:**  July 27, 2005.  Gullermo Fernando Astudillo v. County of Los Angeles, et al., USDC
       Case No. CV 03 – 4719.
       Client Attorney:
       Mr. William C. Saacke, Attorney at Law, The Law Offices of McNulty and Saacke, 3562
       Howard Ave., Suite A., Los Alamitos, CA 90720.  Phone: (562) 598-0545.


28.    **Trial:**  September 14 & 15, 2005.  Thomas Nihipali, v. County of Los Angeles, et al., Superior
       Court, State of California (Los Angeles County), Case No. TC 015531.
       Client Attorney:
       Mr. Peter M. Williamson, Attorney at Law, Williamson & Associates, 13915 Panay Way, Suite
       One, Marina del Rey, CA 90292 – 6102.  Phone: (310) 822-3377.


29.    **Trial:**  October 6 & 7, 2005.  Alma Rosa Castro, et al. v. Matthew W. McCord, et al., USDC
       (Texas) Case No. H – 04 – 1612.
       Client Atorney:
       Mr. Randall L. Kallinen, Attorney at Law, 1406 Castle Court, Houston, TX 77006.  Phone (713)
       528-8586.


30.    **Trial:**  December 1, 2005.  October 25, 2005, Larry Glynn v. City of Long Beach, Superior
       Court, State of California (Los Angeles County) Case No. NC 36392.
       Client Attorney:
       Mr. Joshua M. Merliss, Attorney at Law, The Law Office of Joshua M. Merliss, 3580 Wilshire
       Blvd. #1800, Los Angeles, CA 90010.  Phone (213) 739-7000.


31.    **Trial:**  January 26, 2006.  February 1, 2006 and February 7, 2006, Mary Perea, et al., v. County
       of San Bernardino, et al., USDC  Case No. EDCV 04-00154 (SGLx).
       Client Attorney:
       Mr. Dale K. Galipo, Attorney at Law, The Law Offices of Dale K. Galipo, 21800 Burbank
       Boulevard, Suite 310, Woodland Hills, CA 91367.  Phone: (818) 347-3333.


32.    **Trial:**  February 8, 9, & 10, 2006.  Raul Ramirez, v. County of Los Angeles, et al., USDC Case
       No. CV 04-6102 GAF (FMC).
       Client Attorneys:
       Mr. Michael H. Artan, Attorney at Law, One Wilshire Boulevard, Suite 2200, Los Angeles, CA
       90017.  Phone (213) 688-0370.
       Michael J. Olecki Attorney at Law, 2001 Wilshire Boulevard, Suite 210,Santa Monica, CA
       90403.  Phone (310) 315-3009.

Mr. Michael Sobel, Attorney at Law, 431 North Doheny Drive, No. 4, Beverly Hills, CA 90210. Phone (310) 276-0249.

33.    **Trial:** March 8, 2006.  Christopher D. Wiley v. City of Simi Valley, et al., USDC Case No. CV 04-4413 MM (FMOx).
Client Attorney:
Mr. David S. Miller, Attorney at Law, The Law Offices of David S. Miller, 2277 Townsgate Road, Suite 212, Westlake Village, CA 91361.  Phone: (805) 230-1120.

34.    **Trial:** March 22, 2006.  Beaty Jean Macon, et al., v. County of Los Angeles, et al., Superior Court, State of California (Los Angeles County), Case No. BC 328727.
Client Attorney:
Mr. Carl E. Douglas, Attorney at Law, 315 South Beverly Drive, Suite 305, Beverly Hills, CA 90102.  Phone: (310) 277-9595.

35.    **Trial:** March 25, 2006.  Octavio Munoz Benavidez, v. City of Ontario, et al. USDC Case No. ED CV 00 – 1 RT (Cwx).
Client Attorneys:
Mr. Jorge Gonzalez, Attorney at Law, The Law Offices of Jorge Gonzalez, Jorge Gonzalez, 801 South Figueroa, 14th Floor, Los Angeles, CA 90017.  Phone: (213) 670-0063.
Mr. Antonio H. Rodriguez, Attorney at Law, The Law Offices of Rodriguez and Rodriguez, 110 North Avenue 56, Los Angeles CA 90042.  Phone: (323) 256-5552.

36.    **Trial:** April 14, 2006 April 17, 2006.  Roberto Vargas v. Roberto Medrano,County of Los Angeles, et al., Superior Court, State of California (Los Angeles County), Case No. BC 323922.
Client Attorney:
Ms. Sandra Munoz, Attorney at Law, The Law Offices of Moreno, Becerra, Guerrero & Casillas, 3500 West Beverly Blvd., Montebello, CA 90640, CA 90640.  Phone:  (323) 725-0917.

37.    **Trial:** April 26, 2006.  Georgia Adams, et al. v. City of Rialto, et al., USDC Case No. ED CV 04-00155 VAP (SGLx).
Client Attorneys:
Ms. Vicki I. Sarmiento, Attorney At Law, The Law Offices of Vicki Sarmiento, 333 North Garfield Ave., Alhambra, CA 91801.  Phone (626) 308-1171.
Mr. Dale K. Galipo, Attorney at Law, Law Offices of Dale K. Galipo, 21800 Burbank Boulevard, Suite 310, Woodland Hills, CA 91367.  Phone: (818) 347-3333.

38.    **Trial:** May 3, 2006.  Estate of David Viera, et al v. City of El Monte, et al., USDC Case No. CV 6082 MMM (Rzx).
Client Attorney:
Mr. Brian T. Dunn, Attorney at Law, The Cochran Firm, 4929 Wilshire Blvd. Suite 1010, Los Angeles, CA. 90010.  Phone: (323) 931-6200.

39.    **Trial:** May 10 & 11, 2006.  People v. Allen L. Callender, Superior Court State of California (County of San Diego),Case No. 0668193 N-10, (Ellis), & CN207821 (Elias).
Client Attorney:
Mr. Scott A. McMillan, Attorney at Law, The McMillan Law Firm, A Professional Corporation, 470 Nebo Drive, Suite 200, La Mesa, CA 91941-5230.  Phone: (619) 464-1500.

40.    **Trial:**  May 19 & 20, 2006.  Raymond Torres and Maria Elva Amador-Torres, v. City of Los Angeles, et al. USDC Case No. CV 054171 RGK (FMOx).
Client Attorney:
Mr. Nick Brestoff, Attorney at Law, Moskowitz, Brestoff, Winston & Blinderman LLP, 23822 Valencia Blvd. Suite 204, Valencia, CA 91381.  Phone: (661) 259-9090.

41.    **Trial:** June 5, 2006.  People v. Susan Polk, Superior Court, State of California (Contra Costa County), Case No. 118520-6.
Original Client Attorney:
Mr. Daniel A. Horowitz, Attorney at Law, The Law Offices of Daniel A. Horowitz & Ivan Weller Golde, 120 – 11th Street, Oakland, CA 94076.  Phone: (510) 444-4888.
Final Attorney:
Ms. Susan Polk – in Pro Per.

42.    **Trial:**  June 13, 2006.  Jamaal D. Neal, v. County of Los Angeles, et al., Superior Court, State of California (Los Angeles County), Case No. BC 333048
Client Attorney:
Mr. Carl E. Douglas, Attorney at Law, 315 South Beverly Drive, Suite 305, Beverly Hills, CA 90102.  Phone: (310) 277-9595.

43.    **Trial:** June 21, 2006.  Al Waller v. County of Los Angeles, et al., USDC Case No. CV-04-9398 ABC (VBKx).
Client Attorney:
Mr. Gregory L. Picco, Attorney at Law, The Law Office of Picco & Presley, 2121 Cloverfield Blvd. #110, Santa Monica, CA 90404.  Phone: (310) 829-5414.

44.    **Trial:** June 22, 2006.  Ever Castillo v. City of Los Angeles, et al., USDC Case No. LACB 04-7216 GHK (Ex).
Client Attorneys:
Mr. Antonio H. Rodriguez, Attorney At Law, Law Offices Of Rodriguez & Rodriguez, 5429 East Beverly Blvd., Los Angeles, CA 90022.  Phone: (323) 869-9909.
Ms. Delia Flores, Attorney at Law, The Law Office of Delia Flores, 927 North Avalon Blvd., Wilmington, CA 90744.  Phone: (310) 549-5415.

45.    **Trial:** July 19, 2006.  People v. Gina Solorio, Superior Court State of California (County of Riverside), Case No. RIM 457787.
Client Attorney:
Mr. Julio A. Jaramillo, Deputy Public Defender, Riverside County Public Defender's Office, 4200 Orange Street, Riverside, CA 92507.  Phone: (951) 955-9980.

46.    **Trial:** August 29 & 30, 2006.  Salvador Sibrian, Maria Hernandez, et al. v. City of Los Angeles, et al., USDC Case No. CV 03-8301 LGB (PLAx).
Client Attorney:
Mr. Benjamin Schonbrun, Attorney at law, Schonbrun DeSimone Seplow Harris & Hoffman LLP, 723 Ocean Front Walk, Venice, CA 90291.  Phone: (310) 396-0731.

47.    **Trial:** August 31, 2006.  People v. Devon Brown, Superior Court, State of California (County of San Diego), Case No. M985125.
Client Attorney:
Mr. Kenneth N. Hamilton, Attorney at Law, 4670 Nebo Drive, Suite 101, La Mesa, CA 91941.
Phone: (619) 337-8491.

48.    **Trial:** September 15, 2006.  Rodney Muro; Panfilo M. Zamora, v. Fresno County Sheriff's Department et al., USDC  Case No. CIV-F-03-6619 OWW (SMS).
Client Attorney:
Mr. Kevin G. Little, Attorney at Law, The Law Office of Kevin G. Little, 2115 Kern Street, Suite 330, Fresno, CA 93721.  Phone: (559) 486-5730.

49.    **Trial:** September 26, 2006.  Danny Miller v. County of Riverside, et al., Superior Court, State of California (Riverside County), Case No. RIC 406368.
Client Attorney:
Mr. A. Eli Galam, Attorney at Law, The Law Offices of A. Eli Galam, 27349 Jefferson Avenue, Suite 105, Temecula, CA 92590.  Phone: (951) 296-6609.

50.    **Trial:** October 5, 2006.  People, v. Charles Eric Powell, Superior Court State of California
(Orange County),  Case No. 06CM00025.
Client Attorney:
Mr. Mark H. Williams, Attorney at Law, The Law Office of Mark H. Williams, 3605 Long
Beach Blvd., Suite #202, Long Beach, CA 90807.  Phone: (562) 595-1835.


51.    **Trial:** October 20, 2006, Enrique Anguiano, v. City of Pomona, et al., USDC Case No CV 05-
4135 DSF (Cwx).
Client Attorney:
Mr. Chijioke Obinnaya Ikonte, Attorney at Law, The Law Offices of Akudinobi & Ikonte, 3540
Wilshire Boulevard, Suite 850, Los Angeles, CA 90010.  Phone: (213) 387-0869


52.    **Trial:** October 25, 26 and 27, 2006, Ezequiel Nicholas Alvarado v. City of Los Angeles, et al.,
USDC Case No. CV 04-0385 TJH (Ctx).
Client Arrorneys:
Mr. Danilo J. Bacerra, Attorney at Law, The Law Offices of Moreno, Becerra, Guerrero &
Casillas, 3500 West Beverly Blvd., Montebello, CA 90640.  Phone: (323) 725-0917.
Mr. Paul L. Mills, Attorney at law, Law Office of Paul L Mills, 10008 National Blvd.,  #205, Los
Angeles, CA 90034-3809.  Phone: (213) 595-1716.


53.    **Trial:** November 16, 2006.  People v. Renell Shaw, Superior Court, State of California (Los
Angeles County), Case No.  BA 281 845.
Client Attorneys:
Mr. Michael H. Artan, Attorney at Law, One Wilshire Boulevard, Suite 2200, Los Angeles, CA
90017.  Phone (213) 688-0370.
Mr. Michael Sobel, Attorney at Law, 431 North Doheny Drive, No. 4, Beverly Hills, CA  90210.
Phone (310) 276-0249.


54.    **Trial:** December 14, 2006.  Jose Martinez, a minor, et al., v. City of Los Angeles, et al., USDC
Case No. CV 05-846 DDP (FMOx).
Client Attorney:
Luis A. Carrillo, Attorney at Law, The Law Offices of Carrillo, 625 Fair Oaks Avenue, Suite
180, South Pasadena, CA 91030.  Phone: (626) 799-9375.

55.    **Trial:** January 10, 2007.  Norberto Martinez, et al., v. City of Downey, et al.,Superior Court, State of California (Los Angeles County) Case No. BC 277402.
Client Arrorney:
Mr. Danilo J. Bacerra, Attorney at Law, The Law Offices of Moreno, Becerra, Guerrero & Casillas, 3500 West Beverly Blvd., Montebello, CA 90640.  Phone: (323) 725-0917.

56.    **Trial**: January 23, 2007.  Johnny Lee Sloan, Jr. v. City of Oakland, et al., USDC Case No. C 00-4177 CW(PR).
Client Attorney:
Ms. Kathleen Kelly, Attorney at Law.  Thelen Reid & Priest LLP, 101 Second Street Suite 1800, San Francisco, CA 94105.  Phone: (415) 369-7114.

57.    **Trial:** March 13, 2007.  Henry Lawrence, et al., v. City of Chino, et al., USDC Case No. CV 04-06466 DSF (Shx).
Client Attorney:
Mr. Dale K. Galipo, Attorney at Law, The Law Offices of Dale K. Galipo, 21800 Burbank Boulevard, Suite 310, Woodland Hills, CA 91367.  Phone: (818) 347-3333.

58.    **Trial:** April 6, 2007.  Oliverio Martinez, v. City of Oxnard, et al., USDC Case No. CV 98-9313 WDK (AJWx).
Client Attorneys:
Mr. John Burton, Attorney at Law, The Law Offices of John Burton, 414 Marengo Ave., Pasadena, CA 91101.  Phone (626) 449-8300.
Mr. R. Samuel Paz, Attorney at Law, Law Offices of R. Samuel Paz, 5701 W Slauson Ave #202, Culver City, CA 90230.  Phone: (310) 410-2981.

59.    **Trial:** April 10 & 11, 2007.  Rina Shotland, Michelle Yacobov, v. City of Torrance, et al., USDC Case No. 03 - 4739 SVW (CWx).
Client Attorney:
Mr. Christopher P. Blaxland, Attorney at Law, Law Office of Christopher P. Blaxland 1334  Parkview Ave., Manhattan Beach, CA 90266.  Phone: (310) 937-7270.

60.    **Trial:** April 13, 2007.  Michael Hogan, et al. v.City of Easton, et al., USDC (Pennsylvania) Case No. 04-CV-759. Hon. John R. Padova.
Client Attorney:
Mr. Jordan B. Yeager, Attorney at Law, Boockvar & Yeager, 8 West Oakland Avenue Doylestown, PA 18901.  Phone: (215) 345-8581.

61.    **Trial:** May 10, 2007.  Juan Rodriguez, v. County of San Bernardino, et al., USDC Case No. CV 06-1152 GPS (Cwx).
Client Attorney:
Mr. Brian T. Dunn, Attorney at Law, The Cochran Firm, 4929 Wilshire Blvd. Suite 1010, Los Angeles, CA. 90010.  Phone: (323) 931-6200.


62.    **Trial:** June 22, 2007.  Frank Ingram, III, et al, v. City of San Bernardino, et al., USDC Case No. EDVC 05-925 VAP (SGLx).
Client Attorney:
Mr. Dale K. Galipo, Attorney at Law, Law Offices of Dale K. Galipo, 21800 Burbank Boulevard, Suite 310, Woodland Hills, CA 91367.  Phone (818) 347-3333.


63.    **Trial:** June 27, 2007.  Posey v. City of Oakland, et al., and Brown v. City of Oakland, et al., USDC Case No. C 04-2693 JL, (Consolidated with Posey).
Client Attorneys:
Mr. Ben Nisenbaum, & Mr. John L. Burris Attorneys at Law, John Burris Law Offices, 7677 Oakport Street, #1120, Oakland, CA 94621.  Phone: (510) 839-5200.


64.    **Trial:** July 12, 2007.  Sean Gregson, v. City of Manteca, et al. USDC Case No. 2:04-CV-873.
Client Attorney:
Mr. Dennis L. Fleming, Attorney at Law, The Law Office of Dennis L. Fleming, 2189 East Main Street Stockton, CA 95205.  Phone: (209) 467-7074.


65.    **Trial:** July 17, 2007.  Vida Willmon, et al v. City of Sacramento, et al., Superior Court, State of California (Sacramento County), Case No. 04AS01504.
Client Attorney:
Mr. Stewart Katz, Attorney at Law, Law Office of Stewart Katz, 555 University Avenue, Suite 270Sacramento, CA 95825.  Phone:(916) 444-5678.


66.    **Trial:** July 31, 2007,  Sylvia Mahach-Watkins, et al., v. The State of California, et al. USDC Case No: C-05-1143-SI.
Client Attorneys:
Mr. Tory M. Pankopf, Attorney at Law, The Law Offices of Tory M. Pankopf, 611 Sierra Rose Drive, Reno, Nevada 89511.  Phone:  (530) 725-8263.
Ms. Mary H. Beatificato, Attorney at Law, Beatificato & Associates, 2 Venture Plaza, Suite 380, Irvine, CA 92618-7399.  Phone:  (949) 585-0483.

67.    **Trial:** August 13, 2007, People v. Rebecca Ann Hess-Macklin, Superior Court State of California (Kern County), Case No. I-07-003.
Client Attorney:
Mr. Julio Jaramillo, Attorney at Law, 600 W. Santa Ana Blvd., Suite 816, Santa Ana, CA 92702. Phone: (714) 568-1122.

68.    **Trial:** August 28, 2007, Marylon Boyd et al., v. City and County of San Francisco, et al., USDC Case No. 04-5459 MMC.
Client Attorney:
Mr. Dale K. Galipo, Attorney at Law, Law Offices of Dale K. Galipo, 21800 Burbank Boulevard, Suite 310, Woodland Hills, CA 91367.  Phone (818) 347-3333

69.    **Trial:** September 5, 2007, Steven Turner, v. City of Chino, et al., USDC Case No. CV 06-00756 VAP (Rzx).
Client Attorney:
Mr. Charles J. Schurter, Attorney at Law, Schurter Law Firm, 440 West First Street, Suite 206, Tustin, CA 92780. Phone: (714) 665-4201.

70.    **Trial:** September 26, 2007. Michael Negrete v. City of San Bernardino, et al. USDC Case No. ED-CV 06-1047 VAP (Opx).
Client Attorney:
Mr. Dale K. Galipo, Attorney at Law, Law Offices of Dale K. Galipo, 21800 Burbank Boulevard, Suite 310, Woodland Hills, CA 91367.  Phone (818) 347-3333

71.    **Trial:** September 27 & 28, 2007.  Donald Daniels, v. County of Ventura, et al., USDC Case No. CV 03-8861 FMC (Rzx).
Client Attorney:
Mr. Peter M. Williamson, Attorney at Law, Williamson & Krauss, 18801 Ventura Blvd. Suite # 206, Tarzana, CA 91356.  Phone: (818) 344-4000.

72.    **Trial:** October 3, 2007.  Georgia (Jo) A. Baldauf, v. Clifton Davidson, et al., USDC (Indianapolis) Case No. 1:04-cv-01571 JDT-TAB.
Client Attorney:
Mr. Michael K. Sutherlin, Attorney at Law, Law Offices of Michael K. Sutherlin & Associates, P.C., P.O. Box 441095, Indianapolis, IN 46244-1095.  Phone: (317) 634-6313.

73.    **Trial:** October 9, 2007, Doreen Cruz Rios, et al, v. San Bernardino County, et al. USDC Case
No. ED CV 06-00569 (JTLx).
Client Attorney:
Mr. Dale K. Galipo, Attorney at Law, Law Offices of Dale K. Galipo, 21800 Burbank Boulevard,
Suite 310, Woodland Hills, CA 91367.  Phone (818) 347-3333.


74.    **Trial:**  October 19, 2007, and October 23, 2007Brenda Jones-Thomas v. City of Los Angeles, et
al., USDC Case No.CV05-7270 DSF (VBKX).
Client Attorney:
Mr. Erwin Adler, Attorney at Law, Adler Law Group, 350 South Figueroa Suite 557, Los
Angeles, CA 90071.  Phone: (213) 893-3900.


75.    **Trial:** (Telephonic).  October 23, 2007 Uganda Knapps v. City of Oakland, et al., USDC Case
No. C 05-2935 MEJ.
Client Attorneys:
Mr. James B. Chanin, & Ms. Julie M. Houk, Attorneys at Law, The Law Offices of James B.
Chanin, 3050 Shattuck Avenue, Berkeley, CA 94505.  Phone (510) 848-4752.


76.    **Trial:**  November 8, 2007.  Maria Menjivar v. City of Los Angeles, et al., USDC Case No.
CV06-2201, MMM (PLAx).
Client Attorney:
Mr. Dale K. Galipo, Attorney at Law, Law Offices of Dale K. Galipo, 21800 Burbank Boulevard,
Suite 310, Woodland Hills, CA 91367.  Phone (818) 347-3333.


77.    **Trial:** November 28, 2007.  Torry Smith; Patricia Gray, v. City of Oakland, et al.,USDC Case
No. 05-CV-04045 EMC.
Client Attorneys:
Mr. John L. Burris & Mr. Ben Nisenbaum, Attorneys at Law, John Burris Law Offices, 7677
Oakport Street, #1120, Oakland, CA 94621.  Phone: (510) 839-5200.


78.    **Trial:** November 30, 2007.  People v. Marcus Bullard, Superior Court, State of California
(Riverside County), Case No. SWM-049010.
Client Attorney:
Mr. Joel Weinstein, Deputy Public Defender, Public Defender, Riverside County 30755-D Auld
Road, Suite 2233, Murrieta, CA 92563.  Phone: (951) 304-5600.

79.    **Trial:** January 28, 2008.  People v. Aseye Allah and Meron Mesheshe, Superior Court, State of California (Santa Barbara County),  Case No. SBSC-1211924.
Client Attorney:
Mr. Gary Casselman, Attorney at Law. Law Offices of Gary S. Casselman. 3415 South Sepulveda Blvd., Suite 370, Los Angeles, CA 90034. Phone: (310) 390-4406.

80.    **Trial:** February 5, 2008.  Tanya Gould, et al., v. County of Los Angeles, et al.  USDC Case No: CV05-8483 FMC (CTx).
Client Attorneys:
Mr. John E. Sweeney, Attorney at Law, Ms. Angela Powell, Attorney at Law, The Law Offices of John Sweeney, 315 South Beverly Drive, Suite 305, Beverly Hills, CA 90102. Phone: (310) 277-9595.

81.    **Trial:** February 28, 2008.  Maria Menjivar v. City of Los Angeles, et al., USDC Case No. CV06-2201, MMM (PLAx).
Client Attorney:
Mr. Dale K. Galipo, Attorney at Law, Law Offices of Dale K. Galipo, 21800 Burbank Boulevard, Suite 310, Woodland Hills, CA 91367.  Phone (818) 347-3333.

82.    **Trial:** March 7, 2008, and March 11, 2008.  Kim Killpatrick, et al., v. City of Los Angeles, et al., USDC Case No. CV 03-02258 NM (AJWx).
Client Attorney:
Ms. Vicki I. Sarmiento, Attorney At Law, The Law Offices of Vicki Sarmiento, 333 North Garfield Ave., Alhambra, CA 91801.  Phone (626) 308-1171.

83.    **Trial:** March 27, 2008 and March 28, 2008.  Gerardo Cazares and Marcelo Moreno, v. City of Bell Gardens, et al, Case No. CV-06-5985 VBF (JTLX).
Client Attorney:
Mr. Christopher Driscoll, Attorney at Law, The Law Office of Jonas and Driscoll, 555 West 5th Street 31st floor, Los Angeles, CA 90013.  Phone (213) 683-2033.

84.    **Trial:** April 17, 2008.  People v. Deon Richard Dirks.  Superior Court, State of California (Los Angeles County), Case No. TA093733.
Client Attorney:
Raffi J. Manuelian, Attorney at Law, The Manuelian Law Firm, 555 West 5th Street 30th Floor, Los Angeles, CA 90013.  Phone:  (213) 996-8463.

85. **Trial:** May 7, 2008. James Cortez, v. City of Los Angeles, et al., Superior Court, State of California (Los Angeles County), Case No. BC 349338.
Client Attorney:
Mr. Hermez Moreno, Attorney at Law Moreno & Perez, A Professional Corporation, The Petroleum Building, 714 West Olympic Blvd., Suite 450, Los Angeles, CA 90015. Phone: (213) 745-6300.

86. **Trial**: May 22, 2008. Betty Lou Heston, et al., v. City of Salinas, et al., USDC. Case No. 5:05-CV-3658.
Client Attorneys:
Mr. John Burton, Esq. Law Offices of John Burton, 414 South Marengo Avenue, Pasadena, CA 91101. Phone: (626)449-8300.
Mr. Peter M. Williamson, Attorney at Law, Williamson & Krauss, 18801 Ventura Blvd. Suite # 206, Tarzana, CA 91356. Phone: (818) 344-4000.

87. **Trial:** June 19, 2008. Maria Menjivar v. City of Los Angeles, et al., USDC Case No. CV06-2201, MMM (PLAx).
Client Attorney:
Mr. Dale K. Galipo, Attorney at Law, Law Offices of Dale K. Galipo, 21800 Burbank Boulevard, Suite 310, Woodland Hills, CA 91367. Phone (818) 347-3333.

88. **Trial:** June 20, 2008. Pablo Gomez v. City of San Diego, Superior Court, State of California (San Diego County), Case No. GIC 877892.
Client Attorney:
Mr. Michael R. Marrinan, Attorney at Law, The Law Office of Michael R. Marrinan, 614 Fifth Avenue, Suite D, San Diego, CA 92101. Phone: (619) 238-6900.

89. **Trial:** July 17, 2008. Donald Daniels, v. County of Ventura, et al., USDC Case No. CV 03-8861 FMC (Rzx).
Client Attorneys:
Mr. Peter M. Williamson, Attorney at Law, and Mr. Todd Krauss, Attorney at Law, Williamson & Krauss, 18801 Ventura Blvd. Suite # 206, Tarzana, CA 91356. Phone: (818) 344-4000.

90. **Trial:** August 20, 2008. Richard A. Wisler, v. City of Fresno, et al., USDC Case No: 1:06-CV-01694 AWI-SMS.
Client Attorney:
Mark W. Coleman, Attorney at Law, The Law Offices of Nuttall & Coleman, 2445 Capitol Street, Suite 150, Fresno, CA 93721. Phone: (559) 233-2900.

91.   **Trial:** August 21, 2008.  People v. Donna Hamilton Superior Court, State of California (Marin County), Case No. CR 149364A.
Client Attorney:
Mr. Matthew A. Sullivan, Deputy County Public Defender, Marin County Public Defender, 3501 Civic Center Drive, Room 139, San Rafael, CA 94903.  Phone: (415) 499-6858


92.   **Trial**: August 27 and 28, 2008.  Trinidad Macias, v. The County of Los Angeles, et al., Superior Court, State of California (Los Angeles County), Case No. VC 040762.
Client Attorney:
Ms. Vicki I. Sarmiento, Attorney At Law, The Law Offices of Vicki Sarmiento, 333 North Garfield Ave., Alhambra, CA 91801.  Phone (626) 308-1171.


93.   **Trial:** August 28, 2008.  Pablo Gomez v. City of San Diego, Superior Court, State of California (San Diego County), Case No. GIC 877892.
Client Attorney:
Mr. Michael R. Marrinan, Attorney at Law, The Law Office of Michael R. Marrinan, 614 Fifth Avenue, Suite D, San Diego, CA 92101.  Phone: (619) 238-6900.