UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CIVIL MINUTES**

**Date:** September 10, 2008                              **JUDGE:** Phyllis J. Hamilton

**Case No:** C- 07-4335 PJH

**Case Name:** Shawn Day v. County of Contra Costa, et al.

**Attorney(s) for Plaintiff:**     Thom Seaton and Larry E. Cook
**Attorney(s) for Defendant:**     Noah G. Blechman and James V. Fitzgerald III

**Deputy Clerk**: Lashanda Scott            **Court Reporter**: Sahar McVickar

**PROCEEDINGS**

**Defendants' Motion for Summary Judgment - Matter Submitted.**
**Defendants' Motion to Strike Plaintiffs' Proffered Evidence. - Matter Submitted.**

**Order to be prepared by:**   Pl [ ]  Def [ ]  Court [ XX ]

**Notes:**

**cc:** Chambers